UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| College Democrats of North Carolina, *et al.*, <br><br>　　　　　　　　Plaintiffs, <br><br>　v. <br><br>North Carolina State Board of Elections, *et al.*, <br><br>　　　　　　　　Defendants. | **Case No. 1:26-cv-92-TDS-JLW** |

### PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER OR PRELIMINARY INJUNCTION

Pursuant to Federal Rule of Civil Procedure 65(a), Plaintiffs, for the reasons set forth herein and in the memorandum of law filed concurrently with this motion, and as supported by the materials submitted therewith, respectfully move for a temporary restraining order or a preliminary injunction on Counts I and II in their First Amended Complaint. Plaintiffs are likely to succeed on the merits of their claims and will suffer irreparable harm without a preliminary injunction, and the balance of hardships and public interest support Plaintiffs' request.

Plaintiffs therefore request that the Court issue a preliminary injunction enjoining Defendants from enforcing or giving any effect to the closing of the on-campus early-voting sites at WCU, A&T, and UNC-G during the early voting period for the March 2026 primary election.

Dated: January 30, 2026　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/ *Narendra K. Ghosh*
　　　　　　　　　　　　　　　　　　Narendra K. Ghosh
　　　　　　　　　　　　　　　　　　N.C. Bar No. 37649

1

**PATTERSON HARKAVY LLP**
100 Europa Drive, Suite 420
Chapel Hill, NC 27217
Telephone: (919) 942-5200
nghosh@pathlaw.com

*/s/ Lalitha D. Madduri*
Lalitha D. Madduri*
Richard A. Medina*
Max Accardi**
Nicole Wittstein**
Julie Zuckerbrod*
Tori Shaw*
**ELIAS LAW GROUP LLP**
250 Massachusetts Ave, N.W., Suite 400
Washington, D.C. 20001
Telephone: (202) 968-4490
lmadduri@elias.law
rmedina@elias.law
maccardi@elias.law
nwittstein@elias.law
jzuckerbrod@elias.law
tshaw@elias.law

*\* Special Appearance*
*\*\*Notice of Special Appearance Forthcoming*

*Counsel for Plaintiffs*