**UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF NORTH CAROLINA**

| | |
|---|---|
| College Democrats of North Carolina, et al.,<br>Plaintiffs,<br>v.<br>North Carolina State Board of Elections, et al.,<br>Defendants. | **Case No. 1:26-cv-92-TDS-JLW** |

**DECLARATION OF LALITHA MADDURI IN SUPPORT OF PLAINTIFFS' EMERGENCY MOTION FOR PRELIMINARY INJUNCTION**

I, Lalitha Madduri, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am one of the attorneys representing Plaintiffs in the captioned action, and I am appearing by notice of special appearance in this case. This declaration is made in support of Plaintiffs' Motion for a TRO or Preliminary Injunction, dated January 30, 2026. I make this declaration on personal knowledge of the facts and circumstances set forth herein.

2. A true and correct copy of Dr. Kenneth Mayer's expert report dated January 30, 2026, and all corresponding exhibits, is attached hereto as Exhibit A.

3. A true and correct copy of *Fast Facts*, Western Carolina University is attached hereto as Exhibit B, and is available at https://www.wcu.edu/discover/about/fast-facts.aspx. .

4. A true and correct copy of *On Campus Polling Place at Western Carolina University*, The Andrew Goodman Foundation (March 22, 2022) is attached hereto as

Exhibit C, and is available at https://e1.nmcdn.io/assets/andrewgoodman/wp-content/uploads/2023/05/Western-Carolina-University-Case-Study.pdf.

5. A true and accurate copy of Daphne Yard's declaration of January 30, 2026, is attached hereto as Exhibit D.

6. A true and correct copy of Arriving at *WCU*, Western Carolina University Global is attached hereto as Exhibit E, and is available at https://www.wcu.edu/learn/office-of-international-programs-and-services/admitted-students/arriving-at wcu.aspx#:~:text=Traveling%20to%20WCU%3A&text=The%20public%20transportation%20system%20is,for%20Taxi%20is%20%24100%2D150.

7. A true and correct copy of Zach Powell's declaration of January 30, 2026, is attached hereto as Exhibit F.

8. A true and accurate copy of *Parking and Transportation*, VHB is attached hereto as Exhibit G, and is available at https://www.wcu.edu/WebFiles/OIPE/IPE_Master_Plan_Appendix_B.pdf. .

9. A true and correct copy of *N.C. A&T Is First HBCU Ever to Enroll More Than 15,000 Students*, NC A&T News (Sep. 10, 2025) is attached hereto as Exhibit H, and is available at https://www.ncat.edu/news/2025/09/2025-fall-enrollment.php.

10. A true and correct copy of Zayveon Davis's declaration of January 30, 2026, is attached hereto as Exhibit I.

11. A true and correct copy of *IPEDS Data Feedback Report 2024, University of North Carolina at Greensboro*, Inst. of Educ. Sciences is attached hereto as Exhibit J,

and is available at https://nces.ed.gov/ipeds/dfr/2024/ReportHTML.aspx?unitId=199148.

12. A true and correct copy of Lauren Mitchell, *Board of Elections adds N.C. A&T to early voting sites*, The A&T Register (Dec. 21, 2019) is attached hereto as Exhibit K, and is available at https://ncatregister.com/16584/the-yard/board-of-elections-adds-n-c-at-to-early-voting-sites/.

13. A true and correct copy of Raquel Nelson's declaration of January 30, 2026, is attached hereto as Exhibit L.

14. A true and correct copy of the Jackson County Board of Elections' Meeting Minutes of December 9, 2025 is attached hereto as Exhibit M.

15. A true and correct copy of the Jackson County Board of Elections' minority plan materials is attached hereto as Exhibit N.

16. A true and correct copy of Jose Sandoval, *Jackson County may close WCU's early voting site. The state will make the final decision*, Blue Ride Pub. Radio (Dec. 11, 2025) is attached hereto as Exhibit O, and is available at https://mountainx.com/news/local-government/jackson-county-may-close-wcus-early-voting-site-the-state-will-make-the-final-decision/.

17. A true and correct copy of Yasmine Regester, *Guilford Elections Board cuts A&T and UNC-G from early voting sites*, Caroline Peacemaker (Nov. 21, 2025) is attached hereto as Exhibit P, and is available at https://peacemakeronline.com/stories/guilford-elections-board-cuts-at-and-uncg-from-early-voting-sites,83225.

18. A true and correct copy of Ian McDowell, *Voting not a right, says county election board chair*, Yes Weekly (Nov. 26, 2025) is attached hereto as Exhibit Q, and is

available at https://www.yesweekly.com/news/voting-not-a-right-says-county-election-board-chair/article_b14567c6-6459-47e9-8a89-64c6178fe5e6.html.

19. A true and correct copy of video and audio footage depicting State Board Member Francis De Luca's statements at the North Carolina State Board of Elections' meeting of January 13, 2026 is manually filed on a USB drive, labeled Exhibit V. Exhibit R.

20. A true and correct copy of Matthew Burkhart, *State election board cuts some campus voting sites ahead of primaries*, Technician Online (Jan. 20, 2026) is attached hereto as Exhibit S, and is available at https://technicianonline.com/154516/news/state-election-board-cuts-some-campus-voting-sites-ahead-of-primaries/.

21. A true and correct copy of Lynn Bonner, *Amid protests, NC elections board rejects campus voting sites and Sunday voting in several counties*, NC Newsline (Jan. 13, 2026) is attached hereto as Exhibit T, and is available at https://ncnewsline.com/2026/01/13/amid-protests-nc-elections-board-rejects-campus-voting-sites-and-sunday-voting-in-several-counties/.

22. A true and correct copy of the Guilford County Board of Elections' minority plan materials is attached hereto as Exhibit U.

23. A true and correct copy of audio footage of the North Carolina State Board of Elections' January 13, 2026 meeting is manually filed as a USB drive, labeled V.

24. A true and correct copy of the Jackson County Board of Elections' majority plan materials attached hereto as Exhibit W.

25. A true and correct copy of the Guilford County Board of Elections' statement

regarding the majority plan attached hereto as Exhibit X.

26. A true and correct copy of a North Carolina State Board of Elections' webpage reflecting the Public Comment Period for the November 2021 Municipal Election is attached hereto as Exhibit Y.

27. A true and correct copy of a North Carolina State Board of Elections' webpage reflecting the Public Comment Period for 2024 Primary Elections is attached hereto as Exhibit Z.

28. A true and correct copy of a North Carolina State Board of Elections' webpage reflecting the Public Comment Period for the 2024 General Election is attached hereto as Exhibit AA.

29. A true and correct copy of a North Carolina State Board of Elections' webpage reflecting the most recent Public Comment Period postings is attached hereto as Exhibit BB.

30. A true and correct copy of Nathan Linville's declaration of January 30, 2026, on behalf of the College Democrats of North Carolina's, is attached hereto as Exhibit CC..

31. A true and correct copy of *Count Us In v. Morales*, Case No. 25-0864, ECF No. 57 (S.D. Ind. Oct. 14, 2024) is attached hereto as Exhibit DD.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 30th day of January, 2026.

*/s/ Lalitha D. Madduri*
Lalitha Madduri