# EXHIBIT A

**UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**

| | |
|---|---|
| College Democrats of North Carolina, et al.,<br>Plaintiffs,<br>v.<br>North Carolina State Board of Elections, et al.,<br>Defendants. | **Case No. 1:26-cv-92-TDS-JLW** |

I, Kenneth Mayer, declare as follows:

1. I am over the age of eighteen (18) and competent to testify as to the matters set forth herein.

2. I was asked to analyze the effects of eliminating early voting sites on the campuses of North Carolina A&T (NC A&T), University of North Carolina Greensboro (UNCG), and Western Carolina University. My analysis is attached as Exhibit 1.

3. My CV is attached as Exhibit 2.

4. I reserve the right to supplement the attached analysis in light of additional facts, testimony, and/or materials that may come to light.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: January 30, 2026

Kenneth Mayer

Kenneth Mayer

# EXHIBIT 1

**Expert Analysis of Dr. Kenneth Mayer**

Closing early voting sites on the campuses of North Carolina A&T (NC A&T) and University of North Carolina Greensboro (UNCG) (both in Guilford County), and Western Carolina University (WCU) in Jackson County will diminish the ability of students to vote. The effect stems from the accessibility of early voting when combined with the availability of same day registration (SDR) during early voting, the proximity to campus early voting sites to students in the course of their daily activities on campus, the difficulty of traveling to an off-campus early voting site, and the fact that in-person early voting is the most common voting method in North Carolina.

It is also the case that voters at the on-campus early voting sites are overwhelmingly young, many times more likely to rely on SDR than in-person early voters at other sites in the county, and much more likely to be members of minority groups – particularly at North Carolina A&T, the largest HBCU by enrollment in the United States.

In Guilford County, early voting sites were located on the NC A&T and UNCG campuses for federal primary and general elections in the 2020 and 2024 cycles. In Jackson County, WCU has had an early voting site in every federal general election or primary since the 2016 general election.

## I. Qualifications

I have a Ph.D. in political science from Yale University (1988), where my graduate training included courses in econometrics and statistics. My undergraduate degree is from the University of California, San Diego (1982), where I majored in political science and minored in applied mathematics. I am Professor Emeritus of Political Science at the University of Wisconsin-Madison, and retired in May 2024 after 35 years on the faculty and 24 years as a Full Professor. My CV is attached as Exhibit 2.

All publications that I have authored and published appear in my CV. Those publications include the following peer-reviewed journals: *Journal of Politics*, *American Journal of Political Science*, *Election Law Journal*, *Legislative Studies Quarterly*, *Presidential Studies Quarterly*, *American Politics Research*, *Congress and the Presidency*, *Public Administration Review*, *Political Research Quarterly*, and *PS: Political Science and Politics*. I have also published in law reviews, including the *Richmond Law Review*, the *UCLA Pacific Basin Law Journal*, and the *University of Utah Law Review*. My work on campaign finance has been published in *Legislative Studies Quarterly*, *Regulation*, *PS: Political Science and Politics*, *Richmond Law Review*, the *Democratic Audit of Australia*, and in an edited volume on electoral competitiveness published by the Brookings Institution Press. My research on campaign finance has been cited by the U.S. Government Accountability Office and by legislative research offices in Connecticut and Wisconsin.

My work on election administration has been published in the *Election Law Journal*, *American Journal of Political Science*, *Public Administration Review*, *Political Research Quarterly*, and *American Politics Research*. I was part of a research group retained by the Wisconsin Government Accountability Board to review its compliance with federal mandates and reporting systems under the Help America Vote Act, and to survey local election officials throughout the state. I served on the Steering Committee of the Wisconsin Elections Research Center, a unit within the UW-Madison College of Letters and Science. In 2012, I was retained by the U.S. Department of Justice to analyze data and methods regarding Florida's efforts to identify and remove purportedly ineligible noncitizens from the statewide file of registered voters. In 2022, I chaired the Dane County (WI) Election Security Review Committee, which produced a report for county officials on the physical security of election infrastructure.

In the past ten years, I have testified as an expert witness in trial or deposition or submitted a report

in the following cases:

Federal: *Count Us In, Women4Change, and Josh Montagne v. Morales, et al.,* No.: 1:25-CV-00864-RLY-MKK (S.D. Ind.); *Coalition for Open Democracy et al. v Scanlan et al.*, No. 1:24-cv-00312-SE-TSM (D. N.H.); *Equality State Policy Center v. Gray*, No. 25-cv-00117-SWS (D. Wyo.); *LULAC Texas, et al., v. John Scott, et al.,* No. 1:21-cv-0786-XR (W.D. Tex.); *League of Women Voters of Fla.., Inc., et al. v. Lee, et al.*, No. 4:21-cv-00186-MW-MAF (N.D. Fla.); *Fair Fight Inc., et al. v. True the Vote, Inc., et al.*, No. 2:20-cv-00302-SCJ (N.D. Ga.); *The Andrew Goodman Found. v. Bostelmann*, No. 3:19-cv-00955-JDP (W.D. Wis.); *Majority Forward and Gamliel Warren Turner, Sr. v. Ben Hill Cnty. Bd. of Elections, et al.*, No. 1:20-cv-00266-LAG (M.D. Ga.); *Pearson, et al. v. Kemp, et al.,* No. 1:20-cv-4809-TCB (N.D. Ga.); *The New Ga. Project, et al. v. Raffensperger, et al.*, No. 1:20-cv-01986-ELR (N.D. Ga.); *Fair Fight Action v. Raffensperger,* No. 1:18-cv-05391- SCJ (N.D. Ga.); *Kumar v. Frisco Indep. Sch. Dist.*, *et al.*, No. 4:19-cv-00284-ALM (E.D. Tex.); *Vaughan v. Lewisville Indep. Sch. Dist.*, *et al.*, No. 4:19-cv-00109-SDJ (E.D. Tex.); *Tyson v. Richardson Indep. Sch. Dist.*, *et al.*, No. 3:18-cv-00212-K (N.D. Tex.); *Dwight, et al. v. Kemp*, No. 1:18-cv-2869-JPB (N.D. Ga.); *League of Women Voters of Mich., et al. v. Benson*, No. 2:17-cv-14148-DPH-GJQ (E.D. Mich.); *One Wis. Inst.*, *Inc. v. Thomsen*, 198 F. Supp. 3d 896 (W.D. Wis. 2016); *Whitford v. Gill*, 218 F. Supp. 3d 837 (W.D. Wis.).

State: *Montana Federation of Public Employees v. State of Montana et. al.,* No. DV-25-268 (1st Jud. Dist. Ct., Lewis and Clark Cty.); *League of Women Voters of Kansas et al. v. Schwab et al.*, No. 2021-CV-000299 (3d Jud. Dist., Shawnee Cnty. Kan.); *Eucke, et al. v. Wisconsin Elections Commission, et al.*, No. 2024CV007822 (Cir. Ct., Milwaukee City, Wis.); *League of Women Voters of Mo. & Mo. State NAACP v. Missouri, et al.*, No. 22AC-CC04333 (Cir. Ct. of Cole Cnty., Mo.); *Mo. State Conf. of the NAACP et. al. v. Missouri, et al.*, No. 22AC-CC04439 (Cir. Ct. of Cole Cnty., Mo.); *Lake v. Hobbs, et al.*, No. CV-2022-095403 (Maricopa Cnty. Sup. Ct, Ariz.); *Mont. Democratic Party & Mitch Bohn v. Christi Jacobsen*, consolidated No. DV 21-0451 (13th Jud. Ct. Yellowstone Cnty., Mont.); *Johnson, et al. v. Wis. Elections Comm'n, et al.*, No. 2021AP1450-OA (Wis. Sup. Ct.); *League of Women Voters v. Thurston*, No. 60CV-21-3138 (5th Div. Cir. Ct. Pulaski Cnty., Ark.); *Driscoll v. Stapleton*, No. DV 20 0408 (13th Jud. Ct. Yellowstone Cnty., Mont.); *N.C. All. for Retired Ams., et al. v. N.C. State Bd. of Elections*, No. (Wake Cnty., N.C.); *LaRose et al. v. Simon*, No. 62-CV-20-3149 (2d Jud. Dist. Ct., Ramsey Cnty., Minn.); *Mich. All. for Retired Ams., et al. v. Benson, et al.*, No. 2020-000108-MM (Mich. Ct. of Claims); *Priorities U.S.A, et al. v. Missouri, et al.*, No. 19AC- CC00226 (Cir. Ct. of Cole Cnty., Mo.).

Courts consistently have accepted my expert opinions and the basis for those opinions. No court has ever excluded my expert opinion under *Daubert* or any other standard. Courts have cited my expert opinions in their decisions, finding my opinions reliable and persuasive. *See League of Women Voters of Missouri and Missouri State NAACP v. State of Missouri et al.*, No. 22AC-CC04333 (Cir. Ct. of Cole Cnty., Mo.); *Fair Fight Inc., et al. v. True the Vote, Inc., et al.*, No. 2:20-cv-00302-SCJ (N.D. Ga.); *League of Women Voters v. Thurston*, No. 60CV-21-3138 (5th Div. Cir. Ct. Pulaski Cnty., Ark.); *Driscoll v. Stapleton*, No. DV 20 0408 (13th Jud. Ct. Yellowstone Cnty., Mont.); *Priorities U.S.A., et al. v. Missouri, et al.*, No. 19AC-CC00226 (Cir. Ct. Cole Cnty., Mo.); *Whitford v. Gill*, 218 F. Supp. 3d 837 (W.D. Wis. 2016); *One Wis*. *Inst.*, *Inc. v. Thomsen*, 198 F. Supp. 3d 896 (W.D. Wis. 2016); *Baldus v. Members of Wis. Gov't Accountability Bd.*, 849 F. Supp. 2d 840 (E.D. Wis. 2012); *Milwaukee Branch of the NAACP v. Walker*, 851 N.W. 2d 262 (Wis. 2014); *Baumgart v. Wendelberger*, No. 01-C-0121, 2002 WL 34127471 (E.D. Wis. May 30, 2002).

I am being compensated at a rate of $600 per hour for my services in this matter. My work in this case is independent and impartial. My compensation is not dependent on either the substance of my opinion or the outcome of this case.

## II. Data and Materials

A. Absentee and early voting files from the North Carolina State Board of Elections (NCSBE) for November general elections in 2016, 2018, 2020, 2022, and 2024; and statewide primaries held on March 5, 2024, May 17, 2022, March 3, 2020, and May 8, 2018. The analysis includes only in-person early voters whose ballots were accepted.[1]
B. Data from the NCSBE on the locations of early voting centers in these elections.[2]
C. The peer-revied academic literature and other sources cited in this report.

## III. Effects of Eliminating On-Campus Early Vote Centers

The academic literature is clear: Closing on-campus early vote centers leads to reduced student turnout, by both making a key voting method less available and requiring travel to more distant off-campus locations, and by disrupting voting habits developed over time. The academic literature has shown again and again that raising the cost of voting – in particular by locating polling places in more distant locations (see Cantoni 2020; Dyck and Gimpel 2005; Haspel and Knotts 2005) – lowers turnout (McNulty, Dowling and Ariotti 2009; Blais al. 2019; Burden et al. 2014; Held 2025).

Shino and Smith (2020) note specifically that on-campus early voting in 2018 increased turnout among younger voters, finding that "the availability of early voting sites on college campuses had a positive effect on youth turnout (18-20 year-olds) . . . there is clear evidence that on-campus early voting sites alleviated the expected turnout drop-off from the presidential to midterm elections among college-age registrants" (Shino and Smith 2020, 535).

## IV. Prevalence of Early Voting

In-person early voting is now the most common voting method in North Carolina. In 2024, more than three-quarters of all votes cast in the general election were in-person early votes in both Guilford and Jackson County, and 73.9% of all votes cast statewide.

**Table 1 - Voting Method 2024 General Election**

| | Statewide | Guilford County | Jackson County |
|---|---|---|---|
| **Total Votes** | 5,705,861 | 284,321 | 21,994 |
| **In-Person Early Votes** | 4,214,782 | 216,444 | 16,729 |
| **% In-Person Early** | 73.9% | 76.1% | 76.1% |

[1] https://www.ncsbe.gov/results-data/absentee-and-provisional-data; https://www.ncsbe.gov/results-data/voter-history-data.
[2] https://www.ncsbe.gov/results-data/polling-place-data.

## V. Number of Votes Cast at Campus Early Voting Sites

Data from the NCSBE show that since the 2016 general election, 55,169 early in-person votes have been cast at early voting centers on one of the three college campuses: 12,537 at WCU, 19,683 at NC A&T, and 22,949 at UNCG:

| Table 2 - Campus Early Voting, 2016-2024 | | | | |
|---|---|---|---|---|
| | Campus Early Voting Center | | | |
| **Election** | **UNC Greensboro** | **Western Carolina** | **North Carolina A&T** | **Total** |
| **2016 General** | 6,608 | 2,618 | 5,082 | 14,308 |
| **2018 Primary** | - | 233 | - | 233 |
| **2018 General** | - | 1,457 | - | 1,457 |
| **2020 Primary** | 2,162 | 875 | 1,681 | 4,718 |
| **2020 General** | 6,625 | 2,560 | 5,691 | 14,876 |
| **2022 Primary** | - | 248 | - | 248 |
| **2022 General** | - | 1,097 | - | 1,097 |
| **2024 Primary** | 755 | 543 | 747 | 2,045 |
| **2024 General** | 6,799 | 2,906 | 6,482 | 16,187 |
| **Total** | **22,949** | **12,537** | **19,683** | **55,169** |

In elections when in-person early voting was available on every campus, (the 2016, 2020, and 2024 general elections and the 2020 and 2024 primary elections), 7.4% of all in-person early votes in both counties were cast on the WCU, NC A&T, or UNC Greensboro campuses (52,134 of 705,156 total).[3]

In the 2024 general election, WCU was the second most used early voting center in Jackson, ranking behind only the County Board of Elections Office. And UNCG and NC A&T were the 16th and 17th most used early voting centers in Guilford out of 28 voting centers.

Table 3 shows the median age of voters casting early ballots at an on-campus early vote center, compared to the median age of early voters who cast ballots at other early vote centers in the respective counties.

[3] In 2018 and 2022, in-person early voting was available only on the WCU campus.

| Table 3 - Age of Campus Voters, All Elections | | | | | |
|---|---|---|---|---|---|
| | WCU | Jackson County | NCAT | UNCG | Guilford County |
| Median Age of Early Voters | 21 | 61 | 22 | 27 | 56 |
| Median Age of Early Voters Using SDR | 20 | 39 | 20 | 20 | 33 |
| % of Early Voters Aged 18-21 | 52.10% | 2.60% | 44.7% | 30.4% | 3.9% |

The data show that voters at the three university early voting sites are overwhelmingly young compared to other sites in each county, with a median age of 21 at Western Carolina University, 22 at NC A&T, and 27 at UNC Greensboro. The median ages of *student* voters are almost certainly younger than this, since faculty and staff often use campus early vote centers. By contrast, voters casting early votes at other early voting sites in these counties are almost three times as old in Jackson County (61) and more than twice as old in Guilford County (56).

Campus site voters relying on SDR are younger still, with a median age of 20 across all three campus locations.

Similarly, more than half of early voters at WCU were 21 or younger, compared to less than 3% of early voters at off-campus early voting sites in Jackson County. In Guilford County, only 3.9% of early voters at off-campus locations were aged 18-21, compared to nearly half of early voters at NC A&T and almost one-third of early voters at UNC Greensboro.

Overall in both counties, the median age of a voter at the campus early voting sites is 23. The median age of an early voter elsewhere in these counties is 56.

Table 4 shows the reliance on same-day registration (which allows in-person early voters to register and cast a ballot at the same time). Same-day registration has a significant effect on turnout (Burden et al. 2014) by combining registration and voting into a single step. It is also especially important for younger voters and college students, who are more likely to be registering for the first time and move frequently (and, in the case of college students attending school away from home, a recent move to campus (see Grumbach and Hill 2021).

| Table 4 - Use of SDR | | | | | |
|---|---|---|---|---|---|
| | WCU | Jackson County | NCAT | UNCG | Guilford County |
| % of Early Voters Using SDR | 24.7% | 2.8% | 17.8% | 10.7% | 2.4% |
| % of Early Voters 18-21 using SDR | 37.1% | 14.3% | 31.42% | 23.60% | 11.8% |
| % of African American Early Voters using SDR | 32.3% | 3.2% | 21.2% | 16.4% | 2.6% |

Here, the data show early voters using one of the eliminated on-campus locations are far more likely to rely on same-day registration as compared to early voters using other early voting locations in the counties. Overall, early voters at WCU are 10 times as likely to use SDR as early voters elsewhere in Jackson County (24.7% compared to 2.8%), over 6 times as likely at NC A&T (17.8% compared to 2.4%), and over 4 times as likely at UNC Greensboro (10.7% compared to 2.4%).

The differences remains if I examine subgroups. Among the youngest voters (aged 18-21), early voters are more than twice as likely to rely on SDR as voters the same age at non-campus locations in Guilford County, and nearly 3 times as likely to rely on it in Jackson County.

African American voters rely heavily on SDR as well. African American voters at WCU are 10 times more likely to rely on SDR as African American early voters elsewhere in Jackson County, and between 6 times (at UNC Greensboro) and 8 times (at NC A&T) more likely to rely on SDR as African American voters elsewhere in Guilford County.

Table 5 shows the racial composition of voters at the campus early voting sites, and voters at other early voting sites in Guilford and Jackson County.

| Table 5 - Race of Campus Voters, All Elections | | | | | |
|---|---|---|---|---|---|
| | WCU | Jackson County | NCAT | UNCG | Guilford County |
| % Early Voters African American | 6.8% | 0.8% | 77.7% | 28.1% | 32.9% |

Table 5 shows that voters at WCU and NC A&T are significantly more likely to be African American than early voters at off-campus early voting sites in Jackson and Guilford County. The percentages for NC A&T mirror its student demographic which is 81% African American.[4]

## VI. Distance and Travel Time to Nearest Early Voting Center

Closing the on-campus early voting sites requires students to use another location if they wish to rely on in-person early voting. In what follows, I use Google Maps to calculate travel time from the largest residence hall on each campus to the closest early voting center as measured by travel time.

### A. Guilford County – NC A&T and UNC Greensboro

The largest residential hall at NC A&T is Aggie Suites E&F, located at 100 N Booker St, which collectively houses 792 students. Now, the nearest early voting site is the Old Courthouse, 301 W. Market St., Greensboro, approximately 1.6 miles away:




According to Google Maps, this is a 36 minute walk, a 24 minute bus ride, or a 7 minute drive.

The largest residence hall at UNC Greensboro campus is Jefferson Suites, located at 1501 Spring Garden Street, Greensboro. Now, the closest early voting site is the Old Courthouse, 301 W. Market St., 1.6 miles away:

[4] https://nces.ed.gov/ipeds/dfr/2024/ReportHTML.aspx?unitId=199102.




According to Google Maps, this is a 37 minute walk, an 18 minute bus ride, or a 6 minute drive.

**B. Jackson County – Western Carolina University**

The largest residence hall at WCU is Allen Hall, which houses 614 residents, and is located at 617 Central Dr, Cullowhee, NC. Now, the nearest early voting site is at the Cullowhee Recreation Center, 88 Cullowhee Mountain Rd., Cullowhee, NC, roughly 2 miles away:




According to Google Maps, this is a 5 minute drive, or a 40 minute walk. There is no regularly scheduled bus service from campus to the March 2026 early voting site.

## Sources

Blais, André, Jean-François Daoust, Ruth Dassonneville, Gabrielle Péloquin-Skulski. 2019. "What is the Cost of Voting?" *Electoral Studies* 59:145-157.

Burden, Barry C., David T. Canon, Kenneth R. Mayer, and Donald P. Moynihan. 2014. "Election Laws, Mobilization, and Turnout: The Unanticipated Consequences of Election Reform." *American Journal of Political Science* 58:95-109.

Cantoni, Enrico. 2020. "A Precinct Too Far: Turnout and Voting Costs." *American Economic Journal: Applied Economics* 1:61-85.

Dyck, Joshua J. and James G. Gimpel. 2005. "Distance, Turnout, and the Convenience of Voting." *Social Science Quarterly* 86:531-548.

Haspel, Moshe and H. Gibbs Knotts. 2005. "Location, Location, Location: Precinct Placement and the Costs of Voting." *The Journal of Politics* 67:560-573.

Held, Alexander. 2025. "Am I Eligible to Vote? Registration Rules, Eligibility, Uncertainty, and Youth Turnout. *Political Behavior.* 47:1551-1570.

McNulty, John E., Conor M. Dowling, and Margaret H. Ariotti. 2009. "Driving Saints to Sin: How Increasing the Difficulty of Voters Dissuades Even the Most Motivated Voters." *Political Analysis* 17:435-455.

Shino, Enrijeta, and Daniel A. Smith. 2020. "Mobilizing the Youth Vote? Early Voting on College Campuses." *Election Law Journal* 19:524-541.



Case 1:26-cv-00092-WO-JLW Document 11-2 Filed 01/30/26 Page 13 of 27

# EXHIBIT 2

**Kenneth R. Mayer**
January 2026

Department of Political Science
Affiliate, La Follette School of Public Affairs
110 North Hall / 1050 Bascom Mall
University of Wisconsin – Madison
Madison, WI 53706

Email: krmayer@wisc.edu

## Education

Yale University, Department of Political Science, Ph.D., 1988.
Yale University, Department of Political Science, M.A., M.Phil.,1987.
University of California, San Diego, Department of Political Science, B.A., 1982.

## Positions Held

University of Wisconsin, Madison. Department of Political Science
 Emeritus Professor, May 2024-present
 Professor, July 2000-May 2024.
 Associate Professor, June 1996-June 2000.
 Assistant Professor, August 1989-May 1996.

Fulbright-ANU Distinguished Chair in Political Science, Australian National University (Canberra, ACT), July-December 2006.

Director, Data and Computation Center, College of Letters and Science, University of Wisconsin-Madison, June 1996-September 2003

Consultant, The RAND Corporation, Washington DC, 1988-1994. Conducted study of acquisition reform, and the effects of acquisition policy on the defense industrial base. Performed computer simulations of U.S. strategic force posture and capabilities.

Contract Specialist, Naval Air Systems Command, Washington D.C., 1985-1986. Responsible for cost and price analysis, contract negotiation, and contract administration for aerial target missile programs in the $5 million - $100 million range.

## Awards

American Political Science Association, State Politics and Policy Section. Award for best Journal Article Published in the *American Journal of Political Science* in 2014. Awarded for Burden, Canon, Mayer, and Moynihan, "Election Laws, Mobilization, and Turnout."

Robert H. Durr Award, from the Midwest Political Science Association, for Best Paper Applying Quantitative Methods to a Substantive Problem Presented at the 2013 Meeting. Awarded for Burden, Canon, Mayer, and Moynihan, "Election Laws and Partisan Gains."

Leon Epstein Faculty Fellow, College of Letters and Science, 2012-2015

UW Housing Honored Instructor Award, 2012, 2014, 2017, 2018

Recipient, Jerry J. and Mary M. Cotter Award, College of Letters and Science, 2011-2012

Alliant Underkofler Excellence in Teaching Award, University of Wisconsin System, 2006

Pi Sigma Alpha Teaching Award, Fall 2006

Vilas Associate, 2003-2004, University of Wisconsin-Madison Graduate School.

2002 Neustadt Award. Awarded by the Presidency Research Group of the American Political Science Association, for the best book published on the American presidency in 2001. Awarded for *With the Stroke of a Pen: Executive Orders and Presidential Power*.

Lilly Teaching Fellow, University of Wisconsin-Madison, 1993-1994.

Interfraternity Council award for Outstanding Teaching, University of Wisconsin-Madison, 1993.

Selected as one of the 100 best professors at University of Wisconsin-Madison, Wisconsin Student Association, March 1992.

Olin Dissertation Fellow, Center for International Affairs, Harvard University, 1987-1988

**Service as an Expert Witness**

1. *Count Us In, Women4Change, and Josh Montagne v. Morales, et al.,* No.: 1:25-CV-00864-RLY-MKK (S.D. Ind., Indianapolis Div.)
2. *Montana Federation of Public Employees v. State of Montana et. al.,* Case No. DV-25-268 (1st Jud. Dist. Ct., Lewis and Clark Cty.)
3. *League of Women Voters of Kansas et al. v Schwab et al.*, Case No. 2021-V-000299 (3d Jud. Ct., Shawnee Cty., KS Civil Dept.)
4. *Coalition for Open Democracy et al. v. Scanlan et al.,* Case No. 1:24-cv-00312-SE-TSM (D.N.H.)
5. *Equality State Policy Center v. Gray et al.*. Civil Action No. 25-cv-000117-SWS (D. Wyo.).
6. *Eucke, et al. v. Wisconsin Elections Commission, et al.,* 2024CV007822 (Cir. Ct., Milwaukee Cty., WI), voter challenges (2024).
7. *League Of Women Voters of Missouri and Missouri State NAACP v. State of Missouri et al.*, Case No. 22AC-CC04333 (Cir. Ct. of Cole Cnty., MO), voter registration (2024).
8. *Montana Public Interest Research Group, et al., v. Jacobsen, et al.*, Case No. 6:23-cv-00070-DWM (D. Mont,), voter registration (2024).
9. *Vote.org, et al., v. Georgia State Election Board, et al*, Case No. 1:22-cv-01734-JPB (N.D. GA), election administration (2023).
10. *March for Our Lives Idaho and Idaho Alliance for Retired Americans v. McGrane*, Case No. 1:23-cv-00107-AKB (D. Idaho), election administration (2023).
11. *Vote.org, et al. v. Cord Byrd, et al.*, Case No. 4:23-cv-111-AW-MAF (N.D. Fla.).
12. *Northeast Ohio Coalition for the Homeless et al. v. .Frank LaRose,* Case No. 1:23-cv-26-DCN (E.D. Ohio), election administration (2023).
13. *Missouri State Conference of the NAACP, et. al. v. State of Missouri, et al.,* Case No. 22AC-CC04439 (Cir. Ct. of Cole Cnty., MO) voting rights, voter ID (2023).
14. *Lake v. Hobbs, et al.*, Case No. CV-2022-095403 (Maricopa Cty. Sup. Ct, AZ), election contest (2022).
15. *Johnson, et al., v. WEC, et al.*, 2021 WI 87 (Wis. 2021), redistricting.
16. *LULAC Texas et al. v. Scott et al.,* Case No. 1:21-cv-0786-XR (W.D. Tex.), election administration (2022).
17. *Montana Democratic Party and Mitch Bohn v. Christi Jacobsen*, Consolidated Case No. DV 21-0451 (13th Judicial Ct. Yellowstone Cty., MT), election administration (2022).
18. *Fair Fight Inc., et al. v. True the Vote, Inc., et al.*, Case No. 2:20-CV-00302-SCJ (N.D. GA), election administration (2022).
19. *League of Women Voters of Arkansas et al. v. Thurston et al.*, Case No. 60CV-21-3138 (5th Circ. Ct., Pulaski Cty., AR), election administration (2021).
20. *League of Women Voters of Florida, Inc., et al. v. Lee, et al.*, Case No. 4:21-cv-00186-MW-MAF (N.D. Fla.), election administration (2021).
21. *Majority Forward and Gamliel Warren Turner, Sr. v. Ben Hill County Board of Elections, et al.*, Case No. 1:20-CV-00266-LAG (M.D. Ga), election administration (2020).
22. *Pearson et al. v. Kemp et al.,* Case No. 1:20-cv-4809-TCB (N.D. Ga), election administration (2020).
23. *North Carolina Alliance for Retired Americans et al. v. North Carolina State Board of Elections* (Wake Cty., NC), absentee ballots (2020).
24. *LaRose et al. v. Simon*, Case No. 62-CV-20-3149 (2d Jud. Dist. Ct., Ramsey Cty., MN), absentee ballots (2020).
25. *Michigan Alliance for Retired Americans et al. v Benson et al*. No 2020-000108-MM (Mich.

Court of Claims), absentee ballots (2020).

26. *The New Georgia Project et al. v. Raffensperger et al*. No. 1:20-CV-01986-EL0052 (N.D. Ga.), absentee ballots (2020).
27. *Driscoll v. Stapleton*, Case No. DV 20 0408 (13th Judicial Ct. Yellowstone Cty., MT), absentee ballots (2020).
28. *The Andrew Goodman Foundation v. Bostelmann*, Case No. 19-cv-955 (W.D. Wisc.), voter ID (2020).
29. *Kumar v. Frisco Independent School District et al.*, Case No. 4:19-cv-00284 (E.D. Tex.), voting rights (2019).
30. *Fair Fight Action v. Raffensperger* Case No. 1:18-cv-05391-SCJ (N.D. Ga.), voting rights (2019)
31. *Vaughan v. Lewisville Independent School District*, Case No. 4:19-cv-00109 (E.D. Texas), voting rights (2019).
32. *Dwight et al. v Raffensperger*, Case No: 1:18-cv-2869-RWS (N.D. Ga.), redistricting, voting rights (2018).
33. *Priorities U.S.A.et al. v. Missouri et al.,* Case No. 19AC-CC00226 (Cir. Ct. of Cole Cty., MO), voter ID (2018).
34. *Tyson v. Richardson Independent School District*, Case No. 3:18-cv-00212 (N.D. Texas), voting rights (2018).
35. *League of Women Voters of Michigan, et al. v. Johnson*, Case No. 2:17-cv-14148-DPH-SDD (E.D. Mich.), redistricting (2018).
36. *One Wisconsin Institute, Inc., et al. v. Nichol, et al*., 198 F. Supp. 3d 896 (W.D. Wis.), voting rights (2016).
37. *Whitford et al. v. Gill et* al, 218 F. Supp. 3d 837, (W.D. Wis.), redistricting (2016).
38. *Milwaukee NAACP et al. v. Scott Walker et. al*, N.W.2d 262 (Wis. 2014), voter ID (2012).
39. *Baldus et al. v. Brennan et al.,* 849 F. Supp. 2d 840 (E.D. Wis.), redistricting, voting rights (2012).
40. *County of Kenosha v. City of Kenosha,* Case No. 22-CV-1813 *(*Wis. Cir. Ct., Kenosha Cty.), municipal redistricting (2011).
41. *McComish et al. v Brewer et al.*. 2010 WL 2292213 (D. Ariz.), campaign finance (2009).
42. *Baumgart et al. v. Wendelberger et al.*, 2002 WL 34127471 (E.D. Wis.), redistricting (2002).

**Grants**

"A Multidisciplinary Approach for Redistricting Knowledge." Principal Investigator. Co-PIs Adeline Lo (UW Madison, Department of Political Science), Song Gao (UW Madison, Department of Geography), and Barton Miller and Jin-Yi Cai (UW Madison, Department of Computer Sciences). UW 2020 Program, Wisconsin Alumni Research Foundation. July 1, 2020-June 30, 2023. $410,711.

"Analyzing Nonvoting and the Student Voting Experience in Wisconsin." Dane County (WI) Clerk, $44,157. November 2016-December 2017. Additional support ($30,000) provided by the Office of the Chancellor, UW-Madison.

Campaign Finance Task Force, Stanford University and New York University, $36,585. September 2016-August 2017.

"How do You Know? The Structure of Presidential Advising and Error Correction in the White House." Graduate School Research Committee, University of Wisconsin, $18,941. July 1, 2015-June 30, 2016.

"Study and Recommendations for the Government Accountability Board Chief Inspectors' Statements and Election Incident Report Logs." $43,234. Co-PI. With Barry C. Burden (PI), David T. Canon

(co-PI), and Donald Moynihan (co-PI). October 2011-May 2012.
"Public Funding in Connecticut Legislative Elections." Open Society Institute. September 2009-December 2010. $55,000.
"Early Voting and Same Day Registration in Wisconsin and Beyond." Co-PI. October 2008- September 2009. Pew Charitable Trusts. $49,400. With Barry C. Burden (PI), David T. Canon (Co-PI), Kevin J. Kennedy (Co-PI), and Donald P. Moynihan (Co-PI).
City of Madison, Blue Ribbon Commission on Clean Elections. Joyce Foundation, Chicago, IL. $16,188. January-July 2008.
"Wisconsin Campaign Finance Project: Public Funding in Connecticut State Legislative Elections." JEHT Foundation, New York, NY. $84,735. November 2006-November 2007.
"Does Public Election Funding Change Public Policy? Evaluating the State of Knowledge." JEHT Foundation, New York, NY. $42,291. October 2005-April 2006.
"Wisconsin Campaign Finance Project: Disseminating Data to the Academic, Reform, and Policy Communities." Joyce Foundation, Chicago, IL. $20,900. September 2005- August 2006.
"Enhancing Electoral Competition: Do Public Funding Programs for State and Local Elections Work?" Smith Richardson Foundation, Westport, CT. $129,611. December 2002-June 2005
WebWorks Grant (implementation of web-based instructional technologies), Division of Information Technology, UW-Madison, $1,000. November 1999.
"Issue Advocacy in Wisconsin during the 1998 Election." Joyce Foundation, Chicago, IL. $15,499. April 1999.
Instructional Technology in the Multimedia Environment (IN-TIME) grant, Learning Support Services, University of Wisconsin. $5,000. March 1997.
"Public Financing and Electoral Competitiveness in the Minnesota State Legislature." Citizens' Research Foundation, Los Angeles, CA, $2,000. May-November 1996.
"The Reach of Presidential Power: Policy Making Through Executive Orders." National Science Foundation (SBR-9511444), $60,004. September 1, 1995-August 31, 1998. Graduate School Research Committee, University of Wisconsin, $21,965. Additional support provided by the Gerald R. Ford Library Foundation, the Eisenhower World Affairs Institute, and the Harry S. Truman Library Foundation.
The Future of the Combat Aircraft Industrial Base." Changing Security Environment Project, John M. Olin Institute for Strategic Studies, Harvard University (with Ethan B. Kapstein). June 1993-January 1995. $15,000.
Hilldale Student Faculty Research Grant, College of Letters and Sciences, University of Wisconsin (with John M. Wood). 1992. $1,000 ($3,000 award to student)
"Electoral Cycles in Federal Government Prime Contract Awards" March 1992 – February 1995. National Science Foundation (SES-9121931), $74,216. Graduate School Research Committee at the University of Wisconsin, $2,600. MacArthur Foundation, $2,500.
C-SPAN In the Classroom Faculty Development Grant, 1991. $500

**Professional and Public Service**

Town of Middleton, Review of Polling Place Resource Allocation, 2023 (with Jessie Munson).
Chair, Election Security Review Committee, Dane County, Wisconsin 2022.
Participant and Board Member, 2016 White House Transition Project, PIs Martha Joynt Kumar (Towson State University) and Terry Sullivan (University of North Carolina-Chapel Hill).
Education and Social and Behavioral Sciences Institutional Review Board, 2008-2014. Acting Chair, Summer 2011. Chair, May 2012- June 2014.
Participant, U.S. Public Speaker Grant Program. United States Department of State (nationwide speaking tour in Australia, May 11-June 2, 2012).
Expert Consultant, Voces de la Frontera. Milwaukee Aldermanic redistricting, (2011).
Expert Consultant, Prosser for Supreme Court. Wisconsin Supreme Court election recount (2011).
Chair, Blue Ribbon Commission on Clean Elections (Madison, WI), August 2007-April 2011.

Consultant, Consulate of the Government of Japan (Chicago) on state politics in Illinois, Indiana, Minnesota, and Wisconsin, 2006-2011.
Section Head, Presidency Studies, 2006 Annual Meeting of the American Political Science Association.
Co-Chair, Committee on Redistricting, Supreme Court of Wisconsin, November 2003-December 2009.
Section Head, Presidency and Executive Politics, 2004 Annual Meeting of the Midwest Political Science Association, Chicago, IL.
Presidency Research Group (organized section of the American Political Science Association) Board, September 2002-present.
Book Review Editor, *Congress and the Presidency*, 2001-2006.
Editorial Board, *American Political Science Review*, September 2004-September 2007.
Consultant, Governor's Blue Ribbon Commission on Campaign Finance Reform (Wisconsin), 1997.

**PUBLICATIONS**

**Books**

*Presidential Leadership: Politics and Policymaking*, 14th edition. Forthcoming, 2026. Lanham, MD: Rowman and Littlefield, 2024. With George C. Edwards, III and Steven J. Wayne. Previous editions 10th (2018), 11th (2020), 12th (2023), 13th (2024).

*The Enduring Debate: Classic and Contemporary Readings in American Government.* 9th ed. New York: W.W. Norton & Co., 2023. Co-edited with David T. Canon and John Coleman. Previous editions 1st (1997), 2nd (2000), 3rd (2002), 4th (2006), 5th (2009), 6th (2011), 7th (2013), 8th (2017).

*The 2016 Presidential Elections: The Causes and Consequences of an Electoral Earthquake*. Lanham, MD: Lexington Press, 2017. Co-edited with Amnon Cavari and Richard J. Powell.

*Faultlines: Readings in American Government*, 5th ed. New York: W.W. Norton & Co. 2017. Co-edited with David T. Canon and John Coleman. Previous editions 1st (2004), 2nd (2007), 3rd (2011), 4th (2013).

*The 2012 Presidential Election: Forecasts, Outcomes, and Consequences*. Lanham, MD: Rowman and Littlefield, 2014. Co-edited with Amnon Cavari and Richard J. Powell.

*Readings in American Government*, 7th edition. New York: W.W. Norton & Co. 2002. Co-edited with Theodore J. Lowi, Benjamin Ginsberg, David T. Canon, and John Coleman). Previous editions 4th (1996), 5th (1998), 6th (2000).

*With the Stroke of a Pen: Executive Orders and Presidential Power*. Princeton, NJ: Princeton University Press. 2001. Winner of the 2002 Neustadt Award from the Presidency Studies Group of the American Political Science Association, for the Best Book on the Presidency Published in 2001.

*The Dysfunctional Congress? The Individual Roots of an Institutional Dilemma*. Boulder, CO: Westview Press. 1999. With David T. Canon.

*The Political Economy of Defense Contracting*. New Haven: Yale University Press. 1991.

**Articles**

"Modeling Region Affiliation with Fuzzy Membership Based on Spatial and Social Interactions." *Annals of the Association of American Geographers*. September 2025. With Jake Kruse and Song Gao. https://doi.org/10.1080/24694452.2025.2551044.

"Identifying Rich Clubs in Spatiotemporal Interaction Networks." *Annals of the American Association of Geographers* 115:899-922 (March 2025). With Jake Kruse, Song Gao, Yuhan Ji, Keith Levin, and Qunying Huang.

"Guardians at the Gate: Poll Worker Retention in a Challenging Election Environment." *Election Law Journal* 24:62-73. With Robert M. Stein, Barry C. Burden, Matt Lamb, et al.

"Bringing Spatial Interaction Measures into Multi-Criteria Assessment of Redistricting Plans Using Interactive Web Mapping," *Cartography and Geographic Information Science* 51:513-532 (2025) .with Jake Kruse, Song Gao, Yuhan Ji, and Daniel P. Szabo.

“Mapping Literature with Networks: An Application to Redistricting.” *Political Analysis*. First View (2023). DOI: https://doi.org/10.1017/pan.2023.4. With Adeline Lo, Devin Judge-Lord, and Kyler Hudson.

“The Random Walk Presidency,” *Presidential Studies Quarterly* 51: 71-95 (2021)

**“**Voter Identification and Nonvoting in Wisconsin - Evidence from the 2016 Election.” *Election Law Journal* 18:342-359 (2019). With Michael DeCrescenzo.

“Waiting to Vote in the 2016 Presidential Election: Evidence from a Multi-county Study.” *Political Research Quarterly* 71 (2019). With Robert M. Stein, Christopher Mann, Charles Stewart III, et al.

“Learning from Recounts.” *Election Law Journal* 17:100-116 (No. 2, 2018). With Stephen Ansolabehere, Barry C. Burden, and Charles Stewart, III.

“The Complicated Partisan Effects of State Election Laws.” *Political Research Quarterly* 70:549-563 (No. 3, September 2017). With Barry C. Burden, David T. Canon, and Donald P. Moynihan.

“What Happens at the Polling Place: Using Administrative Data to Look Inside Elections.” *Public Administration Review* 77:354-364 (No. 3, May/June 2017). With Barry C. Burden, David T. Canon, Donald P. Moynihan, and Jacob R. Neiheisel.

“Working Through the Unworkable? The View from Inside an Institutional Review Board.” *PS: Political Science and Politics* 49:289-293 (No. 2, April 2016).

“Alien Abduction, and Voter Impersonation in the 2012 U.S. General Election: Evidence from a Survey List Experiment.” *Election Law Journal* 13:460-475 No.4, December 2014). With John S. Ahlquist and Simon Jackman.

“Election Laws, Mobilization, and Turnout: The Unanticipated Consequences of Election Reform.” *American Journal of Political Science*, 58:95-109 (No. 1, January 2014). With Barry C. Burden, David T. Canon, and Donald P. Moynihan. Winner of the State Politics and Politics Section of the American Political Science Association Award for the best article published in the *AJPS* in 2014.

“Executive Power in the Obama Administration and the Decision to Seek Congressional Authorization for a Military Attack Against Syria: Implications for Theories of Unilateral Action.” *Utah Law Review* 2014:821-841 (No. 4, 2014).

“Public Election Funding: An Assessment of What We Would Like to Know.” *The Forum* 11:365-485 (No. 3, 2013).

“Selection Method, Partisanship, and the Administration of Elections.” *American Politics Research* 41:903-936 (No. 6, November 2013). With Barry C. Burden, David T. Canon, Stéphane Lavertu, and Donald Moynihan.

“The Effect of Administrative Burden on Bureaucratic Perception of Policies: Evidence from Election Administration.” *Public Administration Review* 72:741-451 (No. 5, September/October 2012). With Barry C. Burden, David T. Canon, and Donald Moynihan.

“Early Voting and Election Day Registration in the Trenches: Local Officials’ Perceptions of Election Reform.” *Election Law Journal* 10:89-102 (No. 2, 2011). With Barry C. Burden, David T. Canon, and Donald Moynihan.

“Is Political Science Relevant? Ask an Expert Witness," *The Forum*: Vol. 8, No. 3, Article 6 (2010).

“Thoughts on the Revolution in Presidency Studies,” *Presidential Studies Quarterly* 39 (no. 4, December 2009).

“Does Australia Have a Constitution? Part I – Powers: A Constitution Without Constitutionalism.” *UCLA Pacific Basin Law Journal* 25:228-264 (No. 2, Spring 2008). With Howard Schweber.

“Does Australia Have a Constitution? Part II: The Rights Constitution.” *UCLA Pacific Basin Law Journal* 25:265-355 (No. 2, Spring 2008). With Howard Schweber.

*“*Public Election Funding, Competition, and Candidate Gender.” *PS: Political Science and Politics* XL:661-667 (No. 4,October 2007). With Timothy Werner.

“Do Public Funding Programs Enhance Electoral Competition?” In Michael P. McDonald and John Samples, eds., *The Marketplace of Democracy: Electoral Competition and American Politics* (Washington, DC: Brookings Institution Press, 2006). With Timothy Werner and Amanda

Williams. Excerpted in Daniel H. Lowenstein, Richard L. Hasen, and Daniel P. Tokaji, *Election Law: Cases and Materials.* Durham, NC: Carolina Academic Press, 2008.

"The Last 100 Days." *Presidential Studies Quarterly* 35:533-553 (No. 3, September 2005). With William Howell.

"Political Reality and Unforeseen Consequences: Why Campaign Finance Reform is Too Important To Be Left To The Lawyers," *University of Richmond Law Review* 37:1069-1110 (No. 4, May 2003).

"Unilateral Presidential Powers: Significant Executive Orders, 1949-1999." *Presidential Studies Quarterly* 32:367-386 (No. 2, June 2002). With Kevin Price.

"Answering Ayres: Requiring Campaign Contributors to Remain Anonymous Would Not Resolve Corruption Concerns." *Regulation* 24:24-29 (No. 4, Winter 2001).

"Student Attitudes Toward Instructional Technology in the Large Introductory US Government Course." *PS: Political Science and Politics* 33:597-604 (No. 3 September 2000). With John Coleman.

"The Limits of Delegation – the Rise and Fall of BRAC." *Regulation* 22:32-38 (No. 3, October 1999).

"Executive Orders and Presidential Power." *The Journal of Politics* 61:445-466 (No.2, May 1999).

"Bringing Politics Back In: Defense Policy and the Theoretical Study of Institutions and Processes." *Public Administration Review* 56:180-190 (1996). With Anne Khademian.

"Closing Military Bases (Finally): Solving Collective Dilemmas Through Delegation." *Legislative Studies Quarterly*, 20:393-414 (No. 3, August 1995).

"Electoral Cycles in Federal Government Prime Contract Awards: State-Level Evidence from the 1988 and 1992 Presidential Elections." *American Journal of Political Science* 40:162-185 (No. 1, February 1995).

"The Impact of Public Financing on Electoral Competitiveness: Evidence from Wisconsin, 1964-1990." *Legislative Studies Quarterly* 20:69-88 (No. 1, February 1995). With John M. Wood.

"Policy Disputes as a Source of Administrative Controls: Congressional Micromanagement of the Department of Defense." *Public Administration Review* 53:293-302 (No. 4, July-August 1993).

"Combat Aircraft Production in the United States, 1950-2000: Maintaining Industry Capability in an Era of Shrinking Budgets." *Defense Analysis* 9:159-169 (No. 2, 1993).

**Book Chapters**

"Framing Controversies over Free Speech and Academic Freedom in The University Setting." In *Campus Free Speech*, Lori Cox Han and Jerry Price, eds. *ABC-CLIO*. 2023. With Howard Schweber.

"Is President Trump Conventionally Disruptive, or Unconventionally Destructive?" In *The 2016 Presidential Elections: The Causes and Consequences of an Electoral Earthquake*. Lanham, MD: Lexington Press, 2017. Co-edited with Amon Cavari and Richard J. Powell.

"Lessons of Defeat: Republican Party Responses to the 2012 Presidential Election. In Amnon Cavari, Richard J. Powell, and Kenneth R. Mayer, eds. *The 2012 Presidential Election: Forecasts, Outcomes, and Consequences*. Lanham, MD: Rowman and Littlefield. 2014.

"Unilateral Action." George C. Edwards, III, and William G. Howell, *Oxford Handbook of the American Presidency* (New York: Oxford University Press, 2009).

"Executive Orders," in Joseph Bessette and Jeffrey Tulis, *The Constitutional Presidency*. Baltimore: Johns Hopkins University Press, 2009.

"Hey, Wait a Minute: The Assumptions Behind the Case for Campaign Finance Reform." In Gerald C. Lubenow, ed., *A User's Guide to Campaign Finance Reform.* Lanham, MD: Rowman & Littlefield, 2001.

"Everything You Thought You Knew About Impeachment Was Wrong." In Leonard V. Kaplan and Beverly I. Moran, ed., *Aftermath: The Clinton Impeachment and the Presidency in the Age of Political Spectacle.* New York: New York University Press. 2001. With David T. Canon.

"The Institutionalization of Power." In Robert Y. Shapiro, Martha Joynt Kumar, and Lawrence R. Jacobs, eds. *Presidential Power: Forging the Presidency for the 21st Century*. New York:

Columbia University Press, 2000. With Thomas J. Weko.

"Congressional-DoD Relations After the Cold War: The Politics of Uncertainty." In *Downsizing Defense*, Ethan Kapstein ed. Washington DC: Congressional Quarterly Press. 1993.

"Elections, Business Cycles, and the Timing of Defense Contract Awards in the United States." In Alex Mintz, ed. *The Political Economy of Military Spending*. London: Routledge. 1991.

"Patterns of Congressional Influence In Defense Contracting." In Robert Higgs, ed., *Arms, Politics, and the Economy: Contemporary and Historical Perspectives*. New York: Holmes and Meier. 1990.

**Monographs**

*2008 Election Data Collection Grant Program: Wisconsin Evaluation Report*. Report to the Wisconsin Government Accountability Board, September 2009. With Barry C. Burden, David T. Canon, Stéphane Lavertu, and Donald P. Moynihan.

*Issue Advocacy in Wisconsin: Analysis of the 1998 Elections and A Proposal for Enhanced Disclosure*. September 1999.

*Public Financing and Electoral Competition in Minnesota and Wisconsin*. Citizens' Research Foundation, April 1998.

*Campaign Finance Reform in the States*. Report prepared for the Governor's Blue Ribbon Commission on Campaign Finance Reform (State of Wisconsin). February 1998. Portions reprinted in Anthony Corrado, Thomas E. Mann, Daniel Ortiz, Trevor Potter, and Frank J. Sorauf, ed., *Campaign Finance Reform: A Sourcebook.* Washington, D.C.: Brookings Institution, 1997.

"Does Public Financing of Campaigns Work?" *Trends in Campaign Financing*. Occasional Paper Series, Citizens' Research Foundation, Los Angeles, CA. 1996. With John M. Wood.

*The Development of the Advanced Medium Range Air-to-Air Missile: A Case Study of Risk and Reward in Weapon System Acquisition*. N-3620-AF. Santa Monica: RAND Corporation. 1993.

*Barriers to Managing Risk in Large Scale Weapons System Development Programs*. N-4624-AF. Santa Monica: RAND Corporation. 1993. With Thomas K. Glennan, Jr., Susan J. Bodilly, Frank Camm, and Timothy J. Webb.

**Other**

"Presidents Can't Declassify Documents with Green Lantern Superpowers." *The Monkey Cage* (Washington Post), August 19, 2022. With Andrew Rudalevige.

"Campaign Finance: Some Basics." Bauer-Ginsberg Campaign Finance Task Force, Stanford University. September 2017. With Elizabeth M. Sawyer.

"The Wisconsin Recount May Have a Surprise in Store after All." *The Monkey Cage* (Washington Post), December 5, 2016. With Stephen Ansolabehere, Barry C. Burden, and Charles Stewart, III.

Review of Jason K. Dempsey, *Our Army: Soldiers, Politicians, and American Civil-Military Relations*. *The Forum* 9 (No. 3, 2011).

"Voting Early, but Not Often." *New York Times*, October 25, 2010. With Barry C. Burden.

Review of John Samples, *The Fallacy of Campaign Finance Reform* and Raymond J. La Raja, *Small Change: Money, Political Parties, and Campaign Finance Reform*. *The Forum* 6 (No. 1, 2008).

Review Essay, *Executing the Constitution: Putting the President Back Into the Constitution*, Christopher S, Kelley, ed.; *Presidents in Culture: The Meaning of Presidential Communication*, David Michael Ryfe; *Executive Orders and the Modern Presidency: Legislating from the Oval Office*, Adam L. Warber. In *Perspective on Politics* 5:635-637 (No. 3, September 2007).

"The Base Realignment and Closure Process: Is It Possible to Make Rational Policy?" Brademas Center for the Study of Congress, New York University. 2007.

"Controlling Executive Authority in a Constitutional System" (comparative analysis of executive power in the U.S. and Australia), manuscript, February 2007**.**

"Campaigns, Elections, and Campaign Finance Reform." *Focus on Law Studies*, XXI, No. 2 (Spring

2006). American Bar Association, Division for Public Education.

"Review Essay: Assessing The 2000 Presidential Election – Judicial and Social Science Perspectives." *Congress and the Presidency* 29: 91-98 (No. 1, Spring 2002).

Issue Briefs (Midterm Elections, Homeland Security; Foreign Affairs and Defense Policy; Education; Budget and Economy; Entitlement Reform) *2006 Reporter's Source Book*. Project Vote Smart. 2006. With Meghan Condon.

"Sunlight as the Best Disinfectant: Campaign Finance in Australia." Democratic Audit of Australia, Australian National University. October 2006.

"Return to the Norm," *Brisbane Courier-Mail*, November 10, 2006.

"The Return of the King? Presidential Power and the Law," *PRG Report* XXVI, No. 2 (Spring 2004).

Issue Briefs (Campaign Finance Reform, Homeland Security; Foreign Affairs and Defense Policy; Education; Budget and Economy; Entitlement Reform), *2004 Reporter's Source Book*. Project Vote Smart. 2004. With Patricia Strach and Arnold Shober.

"Where's That Crystal Ball When You Need It? Finicky Voters and Creaky Campaigns Made for a Surprise Electoral Season. And the Fun's Just Begun." *Madison Magazine*. April 2002.

"Capitol Overkill." *Madison Magazine*, July 2002.

Issue Briefs (Homeland Security; Foreign Affairs and Defense Policy; Education; Economy, Budget and Taxes; Social Welfare Policy), *2002 Reporter's Source Book*. Project Vote Smart. 2002. With Patricia Strach and Paul Manna.

"Presidential Emergency Powers." *Oxford Analytica Daily Brief*. December 18, 2001.

"An Analysis of the Issue of Issue Ads." *Wisconsin State Journal*, November 7, 1999.

"Background of Issue Ad Controversy." *Wisconsin State Journal*, November 7, 1999.

"Eliminating Public Funding Reduces Election Competition." *Wisconsin State Journal*, June 27, 1999.

Review of *Executive Privilege: The Dilemma of Secrecy and Democratic Accountability*, by Mark J. Rozell. *Congress and the Presidency* 24 (No. 1, 1997).

"Like Marriage, New Presidency Starts In Hope." *Wisconsin State Journal*. March 31, 1996.

Review of *The Tyranny of the Majority: Fundamental Fairness in Representative Democracy*, by Lani Guinier. *Congress and the Presidency* 21: 149-151 (No. 2, 1994).

Review of *The Best Defense: Policy Alternatives for U.S. Nuclear Security From the 1950s to the 1990s*, by David Goldfischer. *Science, Technology, and Environmental Politics Newsletter* 6 (1994).

Review of *The Strategic Defense Initiative*, by Edward Reiss. *American Political Science Review* 87:1061-1062 (No. 4, December 1993).

Review of *The Political Economy of Defense: Issues and Perspectives*, Andrew L. Ross ed. *Armed Forces and Society* 19:460-462 (No. 3, April 1993)

Review of *Space Weapons and the Strategic Defense Initiative*, by Crockett Grabbe. *Annals of the American Academy of Political and Social Science* 527: 193-194 (May 1993).

"Limits Wouldn't Solve the Problem." *Wisconsin State Journal*, November 5, 1992. With David T. Canon.

"Convention Ceded Middle Ground." *Wisconsin State Journal*, August 23, 1992.

"CBS Economy Poll Meaningless." *Wisconsin State Journal*, February 3, 1992.

"It's a Matter of Character: Pentagon Doesn't Need New Laws, it Needs Good People." *Los Angeles Times*, July 8, 1988.

**Conference Papers**

"A New Individual-Level Model for Estimating and Simulating the Effects of Redistricting." Presented at the 2023 Annual Meeting of the Midwest Political Science Association, Chicago, IL, April 12-16, 2023. With Blake Reynolds.

"Voter Identification and Nonvoting in Wisconsin – Evidence from the 2016 Election." Presented at the 2018 Annual Meeting of the Midwest Political Science Association, Chicago, IL April 5-8, 2018. With Michael G. DeCrescenzo.

"Learning from Recounts." Presented at the Workshop on Electoral Integrity, San Francisco, CA, August

30, 2017, and at the 2017 Annual Meeting of the American Political Science Association, San Francisco, CA, August 31-September 3, 2017. With Stephen Ansolabehere, Barry C. Burden, and Charles Stewart, III.

"What Happens at the Polling Place: Using Administrative Data to Understand Irregularities at the Polls." Conference on New Research on Election Administration and Reform, Massachusetts Institute of Technology, Cambridge, MA, June 8, 2015. With Barry C. Burden, David T. Canon, Donald P. Moynihan, and Jake R Neiheisel.

"Election Laws and Partisan Gains: What are the Effects of Early Voting and Same Day Registration on the Parties' Vote Shares." 2013 Annual Meeting of the Midwest Political Science Association, Chicago, IL, April 11-14, 2013. Winner of the Robert H. Durr Award.

"The Effect of Public Funding on Electoral Competition: Evidence from the 2008 and 2010 Cycles." Annual Meeting of the American Political Science Association, Seattle, WA, September 1-4, 2011. With Amnon Cavari.

"What Happens at the Polling Place: A Preliminary Analysis in the November 2008 General Election." Annual Meeting of the American Political Science Association, Seattle, WA, September 1-4, 2011. With Barry C. Burden, David T. Canon, Donald P. Moynihan, and Jake R. Neiheisel.

"Election Laws, Mobilization, and Turnout: The Unanticipated Consequences of Election Reform." 2010 Annual Meeting of the American Political Science Association, Washington, DC, September 2-5, 2010. With Barry C. Burden, David T. Canon, Stéphane Lavertu and Donald P. Moynihan.

"Selection Methods, Partisanship, and the Administration of Elections. Annual Meeting of the Midwest Political Science Association, Chicago, IL, April 22-25, 2010. Revised version presented at the Annual Meeting of the European Political Science Association, June 16-19, 2011, Dublin, Ireland. With Barry C. Burden, David T. Canon, Stéphane Lavertu and Donald P. Moynihan.

"The Effects and Costs of Early Voting, Election Day Registration, and Same Day Registration in the 2008 Elections." Annual Meeting of the American Political Science Association, Toronto, Canada, September 3-5, 2009. With Barry C. Burden, David T. Canon, and Donald P. Moynihan.

"Comparative Election Administration: Can We Learn Anything From the Australian Electoral Commission?" Annual Meeting of the American Political Science Association, Chicago, IL, August 29-September 1, 2007.

"Electoral Transitions in Connecticut: Implementation of Public Funding for State Legislative Elections." Annual Meeting of the American Political Science Association, Chicago, IL, August 29-September 1, 2007. With Timothy Werner.

"Candidate Gender and Participation in Public Campaign Finance Programs." Annual Meeting of the Midwest Political Science Association, Chicago IL, April 7-10, 2005. With Timothy Werner.

"Do Public Funding Programs Enhance Electoral Competition?" 4th Annual State Politics and Policy Conference," Akron, OH, April 30-May 1, 2004. With Timothy Werner and Amanda Williams.

"The Last 100 Days." Annual Meeting of the American Political Science Association, Philadelphia, PA, August 28-31, 2003. With William Howell.

"Hey, Wait a Minute: The Assumptions Behind the Case for Campaign Finance Reform." Citizens' Research Foundation Forum on Campaign Finance Reform, Institute for Governmental Studies, University of California Berkeley. August 2000.

"The Importance of Moving First: Presidential Initiative and Executive Orders." Annual Meeting of the American Political Science Association, San Francisco, CA, August 28-September 1, 1996.

"Informational vs. Distributive Theories of Legislative Organization: Committee Membership and Defense Policy in the House." Annual Meeting of the American Political Science Association, Washington, DC, September 2-5, 1993.

"Department of Defense Contracts, Presidential Elections, and the Political-Business Cycle." Annual Meeting of the American Political Science Association, Washington, DC, September 2-5, 1993.

"Problem? What Problem? Congressional Micromanagement of the Department of Defense." Annual Meeting of the American Political Science Association, Washington DC, August 29 - September 2, 1991.

**Talks and Presentations**

"Turnout Effects of Voter ID Laws." Rice University, March 23, 2018; Wisconsin Alumni Association, October 13, 2017. With Michael DeCrescenzo.

"Informational and Turnout Effects of Voter ID Laws." Wisconsin State Elections Commission, December 12, 2017; Dane County Board of Supervisors, October 26, 2017. With Michael DeCrescenzo.

"Voter Identification and Nonvoting in Wisconsin, Election 2016. American Politics Workshop, University of Wisconsin, Madison, November 24, 2017.

"Gerrymandering: Is There A Way Out?" Marquette University. October 24, 2017.

"What Happens in the Districting Room and What Happens in the Courtroom" Geometry of Redistricting Conference, University of Wisconsin-Madison October 12, 2017.

"How Do You Know? The Epistemology of White House Knowledge." Clemson University, February 23, 2016.

Roundtable Discussant, Separation of Powers Conference, School of Public and International Affairs, University of Georgia, February19-20, 2016.

Campaign Finance Task Force Meeting, Stanford University, February 4, 2016.

Discussant, "The Use of Unilateral Powers." American Political Science Association Annual Meeting, August 28-31, 2014, Washington, DC.

Presenter, "Roundtable on Money and Politics: What do Scholars Know and What Do We Need to Know?" American Political Science Association Annual Meeting, August 28-September 1, 2013, Chicago, IL.

Presenter, "Roundtable: Evaluating the Obama Presidency." Midwest Political Science Association Annual Meeting, April 11-14, 2012, Chicago, IL.

Panel Participant, "Redistricting in the 2010 Cycle," Midwest Democracy Network,

Speaker, "Redistricting and Election Administration," Dane County League of Women Voters, March 4, 2010.

Keynote Speaker, "Engaging the Electorate: The Dynamics of Politics and Participation in 2008." Foreign Fulbright Enrichment Seminar, Chicago, IL, March 2008.

Participant, Election Visitor Program, Australian Electoral Commission, Canberra, ACT, Australia. November 2007.

Invited Talk, "Public Funding in State and Local Elections." Reed College Public Policy Lecture Series. Portland, Oregon, March 19, 2007.

Fulbright Distinguished Chair Lecture Tour, 2006. Public lectures on election administration and executive power. University of Tasmania, Hobart (TAS); Flinders University and University of South Australia, Adelaide (SA); University of Melbourne, Melbourne (VIC); University of Western Australia, Perth (WA); Griffith University and University of Queensland, Brisbane (QLD); Institute for Public Affairs, Sydney (NSW); The Australian National University, Canberra (ACT).

Discussant, "Both Ends of the Avenue: Congress and the President Revisited," American Political Science Association Meeting, September 2-5, 2004, Chicago, IL.

Presenter, "Researching the Presidency," Short Course, American Political Science Association Meeting, September 2-5, 2004, Chicago, IL.

Discussant, Conference on Presidential Rhetoric, Texas A&M University, College Station, TX. February 2004.

Presenter, "Author Meets Author: New Research on the Presidency," 2004 Southern Political Science Association Meeting, January 8-11, New Orleans, LA.

Chair, "Presidential Secrecy," American Political Science Association Meeting, August 28-31,2003, Philadelphia, PA.

Discussant, "New Looks at Public Approval of Presidents." Midwest Political Science Association Meeting, April 3-6, 2003, Chicago, IL.

Discussant, "Presidential Use of Strategic Tools." American Political Science Association Meeting, August 28-September 1, 2002, Boston, MA.
Chair and Discussant, "Branching Out: Congress and the President." Midwest Political Science Association Meeting, April 19-22, 2001, Chicago, IL.
Invited witness, Committee on the Judiciary, Subcommittee on Commercial and Administrative Law, U.S. House of Representatives. *Hearing on Executive Order and Presidential Power*, Washington, DC. March 22, 2001.
"The History of the Executive Order," Miller Center for Public Affairs, University of Virginia (with Griffin Bell and William Howell), January 26, 2001.
Presenter and Discussant, Future Voting Technologies Symposium, Madison, WI May 2, 2000.
Moderator, Panel on Electric Utility Reliability. Assembly Staff Leadership Development Seminar, Madison, WI. August 11, 1999.
Chair, Panel on "Legal Aspects of the Presidency: Clinton and Beyond." Midwest Political Science Association Meeting, April 15-17, 1999, Chicago, IL.
Session Moderator, National Performance Review Acquisition Working Summit, Milwaukee, WI. June 1995.
American Politics Seminar, The George Washington University, Washington D.C., April 1995.
Invited speaker, Defense and Arms Control Studies Program, Massachusetts Institute of Technology, Cambridge, MA, March 1994.
Discussant, International Studies Association (Midwest Chapter) Annual Meeting, Chicago IL, October 29-30, 1993.
Seminar on American Politics, Princeton University, January 16-17,1992.
Conference on Defense Downsizing and Economic Conversion, October 4, 1991, Harvard University.
Conference on Congress and New Foreign and Defense Policy Challenges, The Ohio State University, Columbus OH, September 21-22, 1990, and September 19-21, 1991.
Presenter, "A New Look at Short Term Change in Party Identification," 1990 Meeting of the American Political Science Association, San Francisco, CA.

**University and Department Service**

Cross-Campus Human Research Protection Program (HRPP) Advisory Committee, 2019-present.
UW Athletic Board, 2014-2022.
General Education Requirements Committee (Letters and Science), 1997-1998.
Communications-B Implementation Committee(Letters and Science), 1997-1999
Verbal Assessment Committee (University) 1997-1998.
College of Letters & Science Faculty Appeals Committee (for students dismissed for academic reasons).
Committee on Information Technology, Distance Education and Outreach, 1997-98.
Hilldale Faculty-Student Research Grants, Evaluation Committee, 1997, 1998.
Department Computer Committee, 1996-1997; 1997-1998, 2005-2006. Chair, 2013-present.
Faculty Senate, 2000-2002, 2002-2005. Alternate, 1994-1995; 1996-1999; 2015-2016.
Preliminary Exam Appeals Committee, Department of Political Science, 1994-1995.
Faculty Advisor, Pi Sigma Alpha (Political Science Honors Society), 1993-1994.
Department Honors Advisor, 1991-1993.
Brown-bag Seminar Series on Job Talks (for graduate students), 1992.
Keynote speaker, Undergraduate Honors Symposium, April 13 1991.
Undergraduate Curriculum Committee, Department of Political Science, 1990-1992; 1993-1994.
Individual Majors Committee, College of Letters and Sciences, 1990-1991.
Dean Reading Room Committee, Department of Political Science, 1989-1990; 1994-1995.

**Teaching**

Undergraduate

Introduction to American Government (regular and honors)

The American Presidency
Campaign Finance
Election Law
Classics of American Politics
Presidential Debates
Comparative Electoral Systems
Legislative Process
Theories of Legislative Organization
Senior Honors Thesis Seminar

<u>Graduate</u>
Contemporary Presidency
American National Institutions
Classics of American Politics
Legislative Process