# UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| College Democrats of North Carolina, Zayveon Davis, Zach Powell, Rose Daphne Yard, and Raquel Nelson,<br><br>               Plaintiffs,<br><br>   v.<br><br>North Carolina State Board of Elections; Sam Hayes, *in his official capacity as Executive Director of the North Carolina State Board of Elections*; Francis X. De Luca, *in his official capacity as Chairman of the North Carolina State Board of Elections*; Stacy Eggers IV, *in his official capacity as Secretary of the North Carolina State Board of Elections*; Robert Rucho, Jeff Carmon, and Siobhan O'Duffy Millen, *in their official capacities as members of the North Carolina State Board of Elections*; Jackson County Board of Elections; Bill Thompson, *in his official capacity as Chairman of the Jackson County Board of Elections*; Wes Hanemayer, *in his official capacity as Secretary of the Jackson County Board of Elections*; Roy Osborn, Jay Pavey, and Betsy Swift, *in their official capacities as members of the Jackson County Board of Elections*; Guilford County Board of Elections; Eugene Lester III, *in his official capacity as Chairman of the Guilford County Board of Elections*; and Carolyn Bunker, Felita Donnell, Kathryn Skeen Lindley, and Peter Francis O'Connell, *in their official capacities as members of the Guilford County Board of Elections*,<br><br>               Defendants. | **Case No. 1:26-cv 92-WO-JLW** |

# NOTICE OF SERVICE OF SCHEDULNIG ORDER

Counsel for Plaintiffs hereby provide notice that the Court's February 1, 2026 Order (Dkt. No. 13), was served by email on Defendants as follows:

1. General Counsel of the North Carolina State Board of Elections, Tim Hoegemeyer, informed Plaintiffs' counsel that the State Board Defendants (North Carolina State Board of Elections, Sam Hayes, Francis X. De Luca, Stacy Eggers IV, Robert Rucho, Jeff Carmon, and Siobhan O'Duffy Millen) are being represented in this case by Phillip J. Strach at Nelson Mullins Riley & Scarborough LLP. On February 1, 2026, Plaintiffs' counsel emailed Mr. Strach a copy of the Court's February 1 Order, as well as Plaintiff's Motion for a TRO or Preliminary Injunction, accompanying exhibits, memorandum in support, and First Amended Complaint.

2. Mr. Hoegemeyer informed Plaintiffs' counsel that the Guilford County Defendants (Guilford County Board of Elections, Eugene Lester III, Carolyn Bunker, Felita Donnell, Kathryn Skeen Lindley, and Peter Francis O'Connell) are being represented in this case by Stephen M. Russell, Jr. and Alan W. Duncan at Turning Point Litigation. On February 1, 2026, Plaintiffs' counsel emailed Mr. Russell and Mr. Duncan a copy of the Court's February 1 Order, as well as Plaintiff's Motion for a TRO or Preliminary Injunction, accompanying exhibits, memorandum in support, and First Amended Complaint.

3. Amanda Allen, Director of the Jackson County Board of Elections, informed Plaintiffs' counsel that the Jackson County Defendants (Jackson County Board of Elections, Bill Thompson, Wes Hanemayer, Roy Osborn, Jay Pavey, and Betsy Swift)

are being represented by John Kubis at Teague Campbell Dennis & Gorham, LLP. On February 2, 2026, Plaintiffs' counsel emailed Mr. Kubis a copy of the Court's February 1 Order, as well as Plaintiff's Motion for a TRO or Preliminary Injunction, accompanying exhibits, memorandum in support, and First Amended Complaint.

Dated this 2nd day of February, 2026.

Respectfully submitted,

/s/ *Narendra K. Ghosh*
Narendra K. Ghosh
N.C. Bar No. 37649
**PATTERSON HARKAVY LLP**
100 Europa Drive, Suite 420
Chapel Hill, NC 27517
Telephone: (919) 942-5200
nghosh@pathlaw.com

Lalitha D. Madduri*
Richard A. Medina*
Max Accardi**
Nicole Wittstein*
Julie Zuckerbrod*
Tori Shaw*
**ELIAS LAW GROUP LLP**
250 Massachusetts Ave, N.W., Suite 400
Washington, D.C. 20001
Telephone: (202) 968-4490
lmadduri@elias.law
rmedina@elias.law
maccardi@elias.law
nwittstein@elias.law
jzuckerbrod@elias.law
tshaw@elias.law

*\* Appearing via Notice of Special Appearance*
*\*\* Notice of Special Appearance Forthcoming*

*Counsel for the Plaintiffs*

3

# CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document to counsel for Defendants by email, addressed as follows:

Timothy J. Hoegemeyer
General Counsel, North Carolina State Board of Elections
tim.hoegemeyer@ncsbe.gov
*Counsel for Defendants North Carolina State Board of Elections, Sam Hayes, Francis X. De Luca, Stacy Eggers IV, Robert Rucho, Jeff Carmon, and Siobhan O'Duffy Millen*

Adam Steele
Associate General Counsel, North Carolina State Board of Elections
adam.steele@ncsbe.gov
*Counsel for Defendants North Carolina State Board of Elections, Sam Hayes, Francis X. De Luca, Stacy Eggers IV, Robert Rucho, Jeff Carmon, and Siobhan O'Duffy Millen*

Phillip J. Strach
Nelson Mullins Riley & Scarborough LLP
phil.strach@nelsonmullins.com
*Counsel for Defendants North Carolina State Board of Elections, Sam Hayes, Francis X. De Luca, Stacy Eggers IV, Robert Rucho, Jeff Carmon, and Siobhan O'Duffy Millen*

Stephen M. Russell, Jr.
Turning Point Litigation
srussell@turningpointlit.com
*Counsel for Guilford County Board of Elections, Eugene Lester III, Carolyn Bunker, Felita Donnell, Kathryn Skeen Lindley, and Peter Francis O'Connell*

Alan W. Duncan
Turning Point Litigation
aduncan@turningpointlit.com
*Counsel for Guilford County Board of Elections, Eugene Lester III, Carolyn Bunker, Felita Donnell, Kathryn Skeen Lindley, and Peter Francis O'Connell*

John Kubis, Jr.
Teague Campbell Dennis & Gorham, LLP
jkubis@teaguecampbell.com

*Counsel for Jackson County Board of Elections, Bill Thompson, Wes Hanemayer, Roy Osborn, Jay Pavey, and Betsy Swift*

This 2nd day of February, 2026.

                                                              */s/ Narendra K. Ghosh*
                                                              Narendra K. Ghosh
                                                              N.C. Bar No. 37649
                                                             **PATTERSON HARKAVY LLP**
                                                             100 Europa Drive, Suite 420
                                                             Chapel Hill, NC 27517
                                                             (919) 942-5200
                                                             nghosh@pathlaw.com