## UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF NORTH CAROLINA

College Democrats of North Carolina, *et al.*,

         Plaintiffs,

   v.

North Carolina State Board
of Elections, *et al.*,

         Defendants.

**Case No. 1:26-cv-92-WO-JLW**

## NOTICE OF MANUAL FILING

Plaintiffs hereby notify the Court that they have manually filed the following items on a USB drive mailed to the Court:

- Exhibit R to the Declaration of Lalitha D. Madduri in Support of Plaintiffs' motion for Preliminary Injunction, ECF No. 11, a true and correct copy of Video posted by @historicallyblacksince, Instagram (Jan. 15, 2026), https://www.instagram.com/p/DTitppTjn4k/?hl=en&img_index=1.

- Exhibit V to the Declaration of Lalitha D. Madduri in Support of Plaintiffs' motion for Preliminary Injunction, ECF No. 11, a true and correct copy of *State Board of Elections Meeting January 13, 2026* (Jan. 13, 2026), https://s3.amazonaws.com/dl.ncsbe.gov/State_Board_Meeting_Docs/2026-01-13/State%20Board%20of%20Elections%20Meeting%20January%2013%2C%202026.mp4.

These items have not been filed electronically because they are in an electronic format that is not accepted by CM/ECF. The items have been served on all parties.

Dated: February 2, 2026

**PATTERSON HARKAVY LLP**

By: /s/ *Narendra K. Ghosh*
Narendra K. Ghosh, NC Bar No. 37649
100 Europa Dr., Suite 420
Chapel Hill, NC 27517
(919) 942-5200
nghosh@pathlaw.com

*Counsel for Plaintiffs*

Respectfully submitted,

**ELIAS LAW GROUP LLP**


Lalitha D. Madduri*
Uzoma N. Nkwonta**
Richard A. Medina*
Max Accardi**
Nicole Wittstein*
Julie Zuckerbrod*
Tori Shaw*
250 Massachusetts Ave., Suite 400
Washington, D.C. 20001
Phone: (202) 968-4490
Facsimile: (202) 968-4498
lmadduri@elias.law
unkwonta@elias.law
rmedina@elias.law
maccardi@elias.law
nwittstein@elias.law
jzuckerbrod@elias.law
tshaw@elias.law

* *Special Appearance pursuant to Local Rule 83.1(d)*
** *Notice of Special Appearance Forthcoming*

- 2 -

# CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document to counsel for

Defendants by email, addressed as follows:

Timothy J. Hoegemeyer
General Counsel, North Carolina State Board of Elections
tim.hoegemeyer@ncsbe.gov
*Counsel for Defendants North Carolina State Board of Elections, Sam Hayes, Francis X. De Luca, Stacy Eggers IV, Robert Rucho, Jeff Carmon, and Siobhan O'Duffy Millen*

Adam Steele
Associate General Counsel, North Carolina State Board of Elections
adam.steele@ncsbe.gov
*Counsel for Defendants North Carolina State Board of Elections, Sam Hayes, Francis X. De Luca, Stacy Eggers IV, Robert Rucho, Jeff Carmon, and Siobhan O'Duffy Millen*

Phillip J. Strach
Nelson Mullins Riley & Scarborough LLP
phil.strach@nelsonmullins.com
*Counsel for Defendants North Carolina State Board of Elections, Sam Hayes, Francis X. De Luca, Stacy Eggers IV, Robert Rucho, Jeff Carmon, and Siobhan O'Duffy Millen*

Stephen M. Russell, Jr.
Turning Point Litigation
srussell@turningpointlit.com
*Counsel for Guilford County Board of Elections, Eugene Lester III, Carolyn Bunker, Felita Donnell, Kathryn Skeen Lindley, and Peter Francis O'Connell*

Alan W. Duncan
Turning Point Litigation
aduncan@turningpointlit.com
*Counsel for Guilford County Board of Elections, Eugene Lester III, Carolyn Bunker, Felita Donnell, Kathryn Skeen Lindley, and Peter Francis O'Connell*

John Kubis, Jr.
Teague Campbell Dennis & Gorham, LLP
jkubis@teaguecampbell.com

- 3 -

*Counsel for Jackson County Board of Elections, Bill Thompson, Wes Hanemayer, Roy Osborn, Jay Pavey, and Betsy Swift*

This 2nd day of February, 2026.

<u>/s/ Narendra K. Ghosh</u>
Narendra K. Ghosh
N.C. Bar No. 37649
**PATTERSON HARKAVY LLP**
100 Europa Drive, Suite 420
Chapel Hill, NC 27517
(919) 942-5200
nghosh@pathlaw.com