UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| COLLEGE DEMOCRATS OF NORTH CAROLINA, *et al.*, | |
| *Plaintiffs*, | |
| V. | **Case No. 1:26-cv-92-TDS-JLW** |
| NORTH CAROLINA STATE BOARD OF ELECTIONS, *et al.*, | |
| *Defendants*. | |

## NOTICE OF APPEARANCE

Phillip J. Strach of the law firm Nelson Mullins Riley & Scarborough LLP enters his Notice of Appearance as counsel on behalf of Defendants the North Carolina State Board of Elections and its members, in their official capacities, and Executive Director Sam Hayes, in his official capacity. Mr. Strach is a member in good standing with the bar of the state of North Carolina. Mr. Strach is admitted to practice law in the United States District Court for the Middle District of North Carolina.

Respectfully submitted, this the 4th day of February, 2026.

**NELSON MULLINS RILEY & SCARBOROUGH LLP**

By: /s/ *Phillip J. Strach*
Phillip J. Strach
N.C. State Bar No. 29456
phil.strach@nelsonmullins.com
301 Hillsborough Street, Suite 1400
Raleigh, NC 27603
T: (919) 329-3800
F: (919) 329-3779

*Counsel for State Board Defendants*

# CERTIFICATE OF SERVICE

I, Phillip J. Strach, hereby certify that I have this day electronically filed the foregoing **Notice of Appearance** with the Clerk of Court using the CM/ECF system which will provide electronic notification to counsel of record.

Respectfully submitted, this the 4th day of February, 2026.

**NELSON MULLINS RILEY & SCARBOROUGH LLP**

By: /s/ *Phillip J. Strach*
Phillip J. Strach
N.C. State Bar No. 29456
phil.strach@nelsonmullins.com
301 Hillsborough Street, Suite 1400
Raleigh, NC 27603
T: (919) 329-3800
F: (919) 329-3779

*Counsel for State Board Defendants*