IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

CASE NO. 1:26-CV-92

| | |
|---|---|
| COLLEGE DEMOCRATS OF NORTH CAROLINA, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) ) |
| NORTH CAROLINA STATE BOARD OF ELECTIONS, *et al.*, | ) ) ) ) |
| Defendants. | ) |

**DECLARATION OF CHARLES C. COLLICUTT**

Charles C. Collicutt, being duly sworn, hereby declares:

1. My name is Charles C. Collicutt. I am over the age of 18 and am otherwise competent to make this declaration.

2. Since 2013, I have served as the Director of the Guilford County Board of Elections ("GCBOE"). My job duties include general administration over the conduct of local, state, and federal elections in Guilford County, oversight of campaign finance processes for local candidates, management and budgeting of the staff and department, and acting as a liaison between the GCBOE and the Board of County Commissioners.

3. Relating to the conduct of elections, my duties include supervision of staff that process voter registration documents, including new and updated registrations and list maintenance. I work with staff to manage the elections poll workers, especially in training and recruitment, and through direct communication with the political parties for their nominations. I manage staff that works with data and maps, specifically data requested by candidates and the public, and also for internal research. I manage a warehouse staff that maintains and delivers equipment and supplies for both election day and early voting, which includes general supplies, ballots, voting booths, and ballot tabulators. I manage staff that handles absentee ballots, which includes

entering requests, sending ballots, receiving ballots, determining ballot deficiencies, and presentation to the board members for approval. Regarding ballots, I work with the Deputy Director to design the ballots and ensure accuracy in the programming of the voting system used for ballot tabulation. I oversee the Deputy Director and warehouse staff in the conduct of the logic and accuracy testing of the voting systems used on election day and in early voting.

4. Regarding early voting specifically, I determine the allocation of ballots of each of the various styles to each early voting site. I supervise the Early Voting Manager and her staff as they prepare for each election, which includes scheduling, training, and communication with personnel at early voting facilities, delivery and setup of early voting supplies, networked laptop computers, tabulators, and ballots, development of chain-of-custody procedures, supply management and inventory, and reconciliation of ballots and voter history. I act as liaison to GCBOE and political party officials with respect to the nomination and appointment of precinct officials for early voting sites. I assemble statistics and maps for GCBOE when board members are evaluating early voting plans. I supervise the Deputy Director and warehouse staff as they conduct the logic and accuracy testing of the voting systems used at early voting sites. I work with the County Manager and Budget staff to ensure adequate supplies and personnel are available. I ensure that the early voting staff, and all staff, are up to date on all current provisions of law and North Carolina State Board of Elections ("NCSBOE") mandates. I work with the political parties regarding the appointment and placement of Poll Observers at early-voting sites.

5. I received a B.A. in political science from the University of North Carolina at Greensboro in 2002, and a Masters of Public Affairs from UNCG in 2013.

6. I am a Certified North Carolina Elections Administrator, and a Certified Election and Registration Administrator through the national professional organization for election officials.

7. While an undergraduate, I worked in an unpaid internship at GCBOE in Spring 2002. I was hired part-time by GCBOE in Fall 2002, supporting the board's early voting operations. Early voting was a new procedure at that time, having been enacted by the General Assembly for the 2000 election. I began a full-time position as GCBOE's first Early Voting

2

Manager in 2004. My job duties as Early Voting Manager included recruitment, scheduling, and training of poll workers, providing adequate supplies, set-up of early voting sites, assisting in the testing of voting equipment, reconciliation of votes and voter history, and working with my supervisors to ensure legal and procedural accuracy in the conduct of early voting. In 2005, I was promoted to Deputy Director of Elections. As Deputy Director of Elections, my job duties included more management and general supervision of the GCBOE staff, a more direct role in the recruitment and logistics of poll workers, assisting the Director in the programming of the voting system and the testing processes, as well as assisting the Director as he carried out his general election administrative duties. I continued to serve as Deputy Director until I was appointed as Director of GCBOE in 2013.

8. I am familiar with the history of early voting in Guilford County, including the use of early voting sites in certain election cycles on the campuses of North Carolina Agricultural and Technical State University ("NCA&T") and the University of North Carolina at Greensboro ("UNCG"). I am also familiar with the legal and logistical requirements for operating early voting sites.

9. The ten early-voting sites and hours of operation for the 2026 midterm primary plan adopted by NCSBOE are shown on the document attached as **Exhibit 1**.

## HISTORICAL DATA

10. GCBOE has never operated an early voting site at NCA&T or UNCG in a midterm election cycle, either for the primary election or the general election. This year is a midterm election cycle.

11. Specifically, there was not an early voting site at NCA&T or UNCG during the 2022, 2018, 2014, 2010, 2006, or 2002 midterm primary and general elections. Lists of the early-voting sites and hours for several recent midterm primary elections are attached as **Exhibit 2**.

12. The following table shows all even-year election cycles when GCBOE has operated early-voting sites. The highlighted rows represent the most analogous elections to the current election: primary elections during midterm cycles.

| Election Year and Type | Early Voting Sites | Location at NCA&T or UNCG? |
|---|---|---|
| 2000 Presidential General | 5 | |
| **2002 Midterm Primary** | **5** | |
| 2002 Midterm General | 5 | |
| 2004 Presidential Primary | 11 | |
| 2004 Presidential General | 13 | NCA&T |
| **2006 Midterm Primary** | **7** | |
| 2006 Midterm General | 11 | |
| 2008 Presidential Primary | 12 | |
| 2008 Presidential General | 20 | NCA&T |
| **2010 Midterm Primary** | **8** | |
| 2010 Midterm General | 11 | |
| 2012 Presidential Primary | 12 | |
| 2012 Presidential General | 22 | NCA&T, UNCG |
| **2014 Midterm Primary** | **8** | |
| 2014 Midterm General | 11 | |
| 2016 Presidential Primary | 11 | |
| 2016 Presidential General | 25 | NCA&T, UNCG |
| **2018 Midterm Primary** | **8** | |
| 2018 Midterm General | 9 | |
| 2020 Presidential Primary | 15 | NCA&T, UNCG |
| 2020 Presidential General | 25 | NCA&T, UNCG |
| **2022 Midterm Primary** | **8** | |
| 2022 Midterm General | 15 | |
| 2024 Presidential Primary | 17 | NCA&T, UNCG |
| 2024 Presidential General | 28 | NCA&T, UNCG |
| **2026 Midterm Primary** | **10** | |

13. A graph based on the data in the foregoing table is attached as **Exhibit 3**.

14. GCBOE has never operated an early voting site at NCA&T or UNCG in an odd-year election cycle, which typically involve local elections. For example, during the 2025 primary and general elections, there was not an early voting site at NCA&T or UNCG. The odd-year election cycles are not shown in the chart above.

15. The most recent uses of early voting sites at NCA&T and UNCG were in the 2024 and 2020 presidential election cycles.

a. The 2024 and 2020 presidential elections are the only times that GCBOE has operated an early voting site at NCA&T or UNCG for a primary.

b. During the 2020 presidential primary early voting period, the UNCG site had 2,162 votes cast, and the NCA&T site had 1,685 votes cast. Of the 15 early voting sites in the 2020 primary, UNCG ranked 9th and NCA&T ranked 11th in early voting turnout.

c. Usage of the UNCG and NCA&T early voting sites declined in the 2024 primary election. During the 2024 presidential primary early voting period, the UNCG site had 755 votes cast, and the NCA&T site had 747 votes cast. Of the 17 early voting sites in the 2024 primary, UNCG ranked 16th and NCA&T ranked 17th in early voting turnout.

d. The early voting data for the 2020 and 2024 presidential primaries is attached as **Exhibit 4**.

e. During the 2020 and 2024 presidential general elections, the UNCG and NCA&T early voting sites were near the middle of the ranking. Of the 25 early voting sites in the 2020 presidential general election, UNCG ranked 16th and NCA&T ranked 17th in early voting turnout. Of the 28 early voting sites in the 2024 presidential general election, UNCG ranked 16th and NCA&T ranked 17th in early voting turnout. The early voting data for the 2020 and 2024 presidential general elections is attached as **Exhibit 5**.

16. In the last four midterm primary elections (2022, 2018, 2014, 2010), GCBOE operated eight early voting sites, as shown in Exhibits 2 and 3. The early voting plan approved by NCSBOE for the current midterm primary expands to 10 early voting sites: the eight sites unanimously chosen and used in 2022 plus Lewis Recreation Center in northwest Greensboro and Jamestown Town Hall in the southwest part of the county. These sites have been popular early-voting locations in recent elections.

a. Lewis Recreation Center was not used as an early-voting site in the 2022 midterm primary. In the 2022 midterm general,

5

it was the second most popular early-voting site (9,643 votes). In the 2024 presidential primary, it was the fourth most popular early-voting site (2,930 votes). In the 2024 presidential general, it was the most popular early-voting site (15,678 votes).

    b.    Jamestown Town Hall was not used as an early-voting site in the 2022 midterm primary or general elections, but it had been used previously for early voting in midterm election years. It was the sixth most popular early-voting site in the 2024 presidential primary (2,834 votes) and in the 2024 presidential general election (10,532 votes).

## ADOPTION OF THE CURRENT EARLY-VOTING PLAN

17. GCBOE has five members. The Chair is Eugene Lester III. The other members are Carolyn Bunker, Felita Donnell, Kathryn Skeen Lindley, and Peter Francis O'Connell.

18. GCBOE met on November 18, 2025, to consider the adoption of a Plan for Implementation for early voting for the 2026 midterm primary, pursuant to N.C.G.S. § 163-166.35(a).

19. A video recording of the November 18, 2025 GCBOE meeting is attached as **Exhibit 6**. There is no audio for the first 2:05 of the recording due to a technical error. During this time, Mr. Lester opened the meeting and then recognized me. I began to speak about the statutory requirements related to early voting plans. The audio picks up during my remarks.

20. Under N.C.G.S. § 163-166.35(a), county boards of election are given discretion to adopt an early-voting plan. However, a county board can only adopt an early-voting plan on a unanimous vote. Without unanimity, the county board cannot act, and instead the NCSBOE considers whether to adopt a plan for the county.

21. At the November 18, 2025 meeting, all members indicated support for the use of the same eight early-voting sites unanimously chosen and used in the 2022 midterm primary, plus Lewis Recreation Center and Jamestown Town Hall. After discussion, all members also agreed on the weekday and weekend hours of operation. However, there was not unanimity on the plan as

6

a whole, specifically with respect to whether to include additional early-voting sites. It appeared that three members supported the 10-site proposal, and two members supported a proposal with up to 14-sites that also included sites at NCA&T, UNCG, Barber Park, and Washington Terrace.

22. When a county board does not unanimously approve an early-voting plan, members of the board may submit proposals to NCSBOE for its consideration under N.C.G.S. § 163-166.35(a). In my field, we typically refer to these submissions as a "majority plan" if it is supported by a majority of the board, and a "minority plan" if it is supported by one or two members. Under the statute, a single member may submit a minority plan to NCSBOE, and the plans do not necessarily need to match the members' positions at the county board meeting. My office facilitates the submission of these proposals to NCSBOE. For example, we prepare a spreadsheet that lists the locations and hours of operation for the sites proposed in the majority and minority plans. We then submit that spreadsheet to NCSBOE. I also submitted a statement from Mr. Lester regarding the majority plan, and a letter from Ms. Bunker and Ms. Donnell regarding the minority plan. These documents are attached as **Exhibits 7 and 8**. Note that the minority plan submitted to NCSBOE included five additional early-voting sites (an increase from the number of additional sites discussed at the GCBOE meeting): NCA&T, UNCG, Barber Park, Washington Terrace, and the Charlotte Hawkins Brown Center.

23. NCSBOE staff requested that I attend its January 13, 2026 meeting in order to answer members' questions about the Guilford County proposals. Ms. Bunker also attended the meeting and addressed NCSBOE regarding the minority proposal. An attorney accompanying Ms. Bunker also spoke in support of the minority proposal. There were no other members in attendance. NCSBOE voted to adopt the 10-site majority plan as the Plan for Implementation for Guilford County, for early voting in the 2026 midterm primary election.

24. In advance of the midterm general election scheduled for November 3, 2026, GCBOE will meet to consider the adoption of a Plan for Implementation for early voting for the general election.

## TIMING AND LOGISTICS CONSIDERATIONS

25. There would be very significant operational challenges to opening early-voting sites at NCA&T and UNCG for the early voting period that begins

7

on February 12, 2026.  I am very concerned about GCBOE's ability to create early-voting sites on the campuses for the early-voting period that begins next week, in a way that would comply with the personnel, equipment, ballot distribution, security, and access requirements established by state law and NCSBOE.  Any requirement to create additional early-voting sites would also impair the planning for, and resources that have been allocated to, the ten early-voting sites that will open next week.

26. <u>Location.</u>  Under N.C.G.S. §§ 163-129 and 163-166.35(c), county boards may request the use of taxpayer-funded facilities for early voting.  The statutes set out a three-month process for requesting a facility and addressing any objections from the building owner, with NCSBOE authorized to resolve any disputes.  GCBOE has not requested access to space at NCA&T or UNCG for early voting in the 2026 midterm primary, and does not know whether either university has suitable available space on campus for the duration of the 17-day early-voting period (Feb. 12-28) and the additional days needed before and after that period to securely setup and close the site.  GCBOE has not taken steps to address site-specific considerations such as handicap access, parking availability, electioneering buffer-zones, curb-side voting access, and signage, which would vary depending on different locations on the campuses.

27. <u>Emergency Planning.</u>  GCBOE coordinates its early-voting planning with Guilford County Emergency Management and partner agencies and companies, such as the Greensboro Police Department, North Carolina Department of Transportation, and Duke Power, through a working group.  NCA&T, UNCG, their respective police departments, and their security and facilities personnel, have not been involved in this planning process for the current early voting cycle.

28. <u>Personnel.</u>  Under the early-voting plan, each site is open from 8:00 AM to 7:30 PM on 12 weekdays, from 8:00 AM to 5:00 PM on two weekend days, and from 8:00 AM to 3:00 PM on one weekend day.  The days and hours of operation are shown on Exhibit 1.  Generally, poll workers need to arrive 30 minutes before opening.  At the end of each day, poll workers remain at each site for up to an hour after closing to secure the site, equipment, and ballots.  Because of the long hours each day, GCBOE operates two shifts of poll workers at each site.  Each shift includes roughly 10 people.  Therefore, to staff an early-voting site, GCBOE needs at least 20 people allocated to that site, to account for two shifts and occasional interruptions in poll workers' availability.  These

8

individuals are considered part-time employees of GCBOE, and are paid $15, $16, or $17 per hour depending on their role.

29. At all times, a chief judge and two judges must be present at each early-voting site. Generally, the chief judge will supervise the site as a whole and attend to issues that may arise, such as electioneering (individuals improperly engaged in partisan activity in or near the early-voting site), voter questions and issues, working with observers, and on-site staff management. Judges and other poll workers occupy a variety of roles. Generally, there will be two to four workers at check-in stations; one or two workers handling same-day registrations and provisional ballots; two to four workers distributing ballots to voters; a roamer to provide assistance to voters; one worker to help voters insert their ballot into the tabulator, ensure the ballot is scanned properly, and help spoil an unwanted ballot; and one or two workers to assist with curbside voting, which state law requires GCBOE to offer at each early-voting site.

30. Scheduling a sufficient number of poll workers in each of these roles at each of the current early-voting locations is a very significant logistical challenge in the normal course of operations. It would be even more daunting to adjust schedules to provide coverage for additional early-voting sites, especially at this point in the process. GCBOE cannot simply hire poll workers. Instead, N.C.G.S. §§ 163-41(c), 163-42(b), and 163-166.35(b) generally provide for the local political parties to nominate poll workers, and that GCBOE then confirm the nominations. GCBOE staff work with prospective poll workers and Guilford County's Human Resources Department to gather and process the hiring paperwork, which is typically a multi-week process. Even if GCBOE were to reassign current poll workers to new locations, there are significant limitations. First, GCBOE must take into account each poll worker's availability to work on particular days and shifts. Second, GCBOE must take into account each poll worker's training and experience. Third, GCBOE must take into account the poll worker's willingness to work at a particular location. In my experience, it is important to ensuring reliable staffing that we consider each poll worker's preference for where they will be assigned. Fourth, we must take into account the party affiliations of the poll workers. Under N.C.G.S. §§ 163-166.35(b), 163-41(c) and 163-42(b), GCBOE must ensure that each early-voting site has a bipartisan mix of chief judge and judges, and a bipartisan mix of other poll workers.

9

31. <u>Training.</u>  Each poll worker must receive training for their assigned roles.  The training includes coverage of new processes required by NCSBOE and the General Statutes, such as the recently adopted registration repair process, the photo identification requirement, and the state's software for early-voting check-in and same-day registration.  Some workers are trained specifically on check-in software, others may receive more in-depth training on functions like provisional voting and same-day registration, while others may receive more focused training on ballot distribution or curbside voting.  GCBOE began training for the early-voting period last week.  While there have been weather disruptions to the training schedule, requiring some classes to be held virtually and over the last weekend, my goal is to complete all training by this Friday, February 6.

32. <u>Observers.</u>  In addition to the process for nominating poll workers, GCBOE must coordinate with the political parties with respect to observers.  The political parties can submit lists of observers for early-voting sites by noon on the day before they are to serve.  My office must check these lists to ensure the observers are registered voters, then distribute the lists to the appropriate early-voting sites.  The local and state political parties may also submit lists of at-large observers.  These lists can change daily, and therefore must be reviewed, sorted, and distributed to the appropriate sites each day throughout the early-voting period.

33. <u>Equipment.</u>  Each early-voting site requires the delivery and setup of voting equipment.  This is a two-phase process where warehouse staff in rented trucks deliver supplies and voting equipment to the sites, and then a setup team made up of GCBOE staff and county IT staff finalize inventories of supplies and physically set up the site.  Before deploying tabulators (the machines that scan ballots) to early-voting sites, my office must ensure that each tabulator is cleared of old data, programmed for the upcoming election and the particular voting site where it will be used, tested to ensure proper scanning and tabulation, and then secured.  The testing process must be conducted in a manner that allows observation from the public, pursuant to 08 N.C.A.C. 04.0307(b).  In addition to tabulators, GCBOE works with county IT staff to deploy other equipment, including laptops, printers, and networking hardware.  GCBOE does not use the host's Wi-Fi, for example.  Once installed at an early-voting location, the computer systems must be tested to ensure they can reliably and securely access the state's early-voting software.  The laptops and printers used at early-voting sites are leased.  In order to equip additional early-voting sites, GCBOE would have to use systems that are being kept as

10

emergency replacements during voting, or use systems that are allocated to our ongoing training program. In either scenario, GCBOE would have to replace that hardware with additional leased computers and printers.

34. <u>Ballots</u>. A unique aspect of early voting is that any Guilford County voter can vote at any early-voting site. For example, a High Point resident who works in Summerfield may choose to vote early at Bur-Mil Club. Voters in different parts of the county will have different primary ballot styles, depending on their party registration and their particular congressional, state house, and state senate districts. This means that GCBOE must allocate a sufficient amount of every ballot style being used in the county to each early-voting site, based on estimates of expected traffic. These estimates are based on demographics and site history. Because NCA&T and UNCG have not previously been used as early-voting sites in midterm elections (primary or general), GCBOE does not have meaningful site history data to inform a late change to ballot allocation, so that a sufficient minimum of each ballot style is available at each early-voting location.

35. It is of utmost importance that every single voted and unvoted ballot in the county is tracked, so that its location is known at all times, with a documented chain of custody. GCBOE tracks the usage of each ballot style at each early-voting location each day, so that the ballots can be replenished when needed. In order to open additional early-voting sites, GCBOE would have to reallocate ballot stock that has already been allocated to the 10 approved early-voting sites, and/or use ballots that GCBOE is keeping in reserve in the event of a shortage of any particular ballot style at one of the early-voting sites. In either scenario, GCBOE would need to quickly order additional ballots from the vendor to ensure a sufficient supply at every early voting site.

36. GCBOE has historically operated election-day polling places at NCA&T and UNCG. These polling places will be open on election day for the 2026 primary and general elections. Unlike an early-voting site that is open to any eligible voter in the county, election day precincts are only open for voters who reside in the immediate vicinity. Therefore, election-day polling places are in smaller rooms on the campuses than were used for the 2024 presidential early voting periods, and require only one ballot style per party, less personnel, and less equipment. For primary election day on March 3, 2026, GCBOE will likely begin delivering supplies to the NCA&T and UNCG polling places during the week prior to election day, and poll workers will begin

the on-site setup on March 2, after the end of the early-voting period. In total, GCBOE will operate 165 election-day precincts across the county. Over the next few weeks, while my staff and I are managing the early-voting process, we will also be completing the staffing, training, testing, and other logistics tasks needed to operate the election-day polling places.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    Executed on February 4, 2026.

*/s/ Charles C. Collicutt*
Charles C. Collicutt
Director, Guilford County Board of Elections

12

Case 1:26-cv-00092-WO-JLW   Document 30   Filed 02/04/26   Page 12 of 13

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will send notice of filing to all counsel of record.

This the 4th day of February, 2026.

/s/ Stephen M. Russell, Jr.
Stephen M. Russell, Jr.
