IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

CASE NO. 1:26-CV-92

| | | |
|---|---|---|
| COLLEGE DEMOCRATS OF NORTH CAROLINA, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | **NOTICE OF MANUAL FILING** |
| NORTH CAROLINA STATE BOARD OF ELECTIONS, *et al.*, | ) ) ) | |
| Defendants. | ) | |

PLEASE TAKE NOTICE of the manual filing of a flash drive containing

Exhibit 6 [Dkt. 30-6] to the Declaration of Charles C. Collicutt [Dkt. 30]. The

exhibit has been provided to other counsel by electronic means.

This the 5th day of February, 2026.

/s/ Stephen M. Russell, Jr.
Alan W. Duncan
N.C. State Bar No. 8736
Stephen M. Russell, Jr.
N.C. State Bar No. 35552
MULLINS DUNCAN HARRELL
& RUSSELL PLLC
300 N. Greene St., Suite 2000
Greensboro, NC 27401
Telephone: 336-645-3320
Facsimile: 336-645-3330
aduncan@turningpointlit.com
srussell@turningpointlit.com

*Attorneys for the Guilford County Board of Elections and Eugene Lester III, Carolyn Bunker, Felita Donnell, Kathryn Skeen Lindley, and Peter Francis O'Connell, in their official capacities*

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will send notice of filing to all counsel of record.

This the 5th day of February, 2026.

/s/ Stephen M. Russell, Jr.
Stephen M. Russell, Jr.