UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| College Democrats of North Carolina, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>North Carolina State Board of Elections, *et al.*,<br><br>Defendants. | Case No. 1:26-cv-92-WO-JLW |

NOTICE OF VOLUNTARY DISMISSAL

Plaintiffs College Democrats of North Carolina, Zayveon Davis, Zach Powell, Rose Daphne Yard, and Raquel Nelson, by and through their undersigned counsel, hereby voluntarily dismiss this action without prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(i), as no Answer or Motion for Summary Judgment has been filed.

Dated: February 15, 2026

Respectfully submitted,

*/s/ Uzoma N. Nkwonta*
Uzoma N. Nkwonta*
Lalitha D. Madduri*
Richard A. Medina*
Max Accardi*
Nicole Wittstein*
Julie Zuckerbrod*
Tori Shaw*
**ELIAS LAW GROUP LLP**
250 Massachusetts Ave, N.W., Suite 400
Washington, D.C. 20001
Telephone: (202) 968-4490
unkwonta@elias.law
lmadduri@elias.law
rmedina@elias.law
maccardi@elias.law

nwittstein@elias.law
jzuckerbrod@elias.law
tshaw@elias.law

/s/ *Narendra K. Ghosh*
Narendra K. Ghosh
N.C. Bar No. 37649
**PATTERSON HARKAVY LLP**
100 Europa Drive, Suite 420
Chapel Hill, NC 27217
Telephone: (919) 942-5200
nghosh@pathlaw.com


*\* Special Appearance*

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically with the Court's CM/ECF system, which will send notice of filing to all counsel of record.

This the 15th day of February, 2026.

*/s/ Uzoma N. Nkwonta*